# EXHIBIT A

11 Pilgrim Street, London, EC4V 6RN

# E N Y O   L A W

Tel: +44 (0)20 3837 1700
Fax: +44 (0)20 3837 1720

www.enyolaw.com

**Mr Lucio Nevi**
**Rose Tree Cottage**
**4 Cross Street**
**Gaddesby**
**Leicester**
**LE7 4WD**

Direct line: +44 (0)203 837 1617
lucinda.orr@enyolaw.com

By personal service

31 January 2018

Dear Sir,

1.  You are being sued in the Los Angeles Superior Court in your personal capacity by APM.MC USA, INC and APM.MC CANADA, INC.

2.  Please find enclosed a folder of documents consisting of:

    (i)     Los Angeles Superior Court Summons;
    (ii)    Complaint;
    (iii)   Civil Case Cover Sheet;
    (iv)    Cover Sheet Addendum and Statement of Location; and
    (v)     Notice of Case Assignment to Assigned Judge: Hon. Richard Fruin

3.  Please read the enclosed documents very carefully.

4.  You have 30 Calendar days from the date of service of this summons and legal papers to file a written response. The plaintiffs' attorney of record in the USA are:

    **Attn: Morgan E. Pietz**
    **Gerard Fox Law, P.C.**
    **1880 Century Park East, Suite 1410**
    **Los Angeles, CA 90012**

    The name and address of the court is:

    **LASC Central District**
    **111 N Hill Street,**
    **Los Angeles, CA 90012**

5.  Your written response must be in the proper legal form. You can find more information at the Californian Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp). If you do not file your response on time, you may lose the case by default, and your wages, money and property may be taken without further warning from the court.

6.  You may want to call an attorney in California. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a non-profit legal services program. You can locate these non-profit groups at the

Enyo Law LLP is a limited liability partnership registered in England and Wales (registered number OC356313).
A list of members is available for inspection at the registered office, 11 Pilgrim Street, London, EC4V 6RN.
Authorised and regulated by the Solicitors Regulation Authority (548866).

ENYO LAW

California Legal Services website (www.lawhelpcalifornia.org), or the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp).

Yours faithfully,

*Enyo Law LLP*

**Enyo Law LLP**

Encs.

11 Pilgrim Street, London, EC4V 6RN

# E N Y O   L A W

Tel: +44 (0)20 3837 1700
Fax: +44 (0)20 3837 1720

www.enyolaw.com

**Mrs Sacha Marjol Nevi**
**Rose Tree Cottage**
**4 Cross Street**
**Gaddesby**
**Leicester**
**LE7 4WD**

Direct line: +44 (0)203 837 1617
lucinda.orr@enyolaw.com

By personal service

31 January 2018

Dear Madam,

1.   You are being sued in the Los Angeles Superior Court in your personal capacity by APM.MC USA, INC and APM.MC CANADA, INC.

2.   Please find enclosed a folder of documents consisting of:

     (i)     Los Angeles Superior Court Summons;
     (ii)    Complaint;
     (iii)   Civil Case Cover Sheet;
     (iv)    Cover Sheet Addendum and Statement of Location; and
     (v)     Notice of Case Assignment to Assigned Judge: Hon. Richard Fruin

3.   Please read the enclosed documents very carefully.

4.   You have 30 Calendar days from the date of service of this summons and legal papers to file a written response. The plaintiffs' attorney of record in the USA are:

     **Attn: Morgan E. Pietz**
     **Gerard Fox Law, P.C.**
     **1880 Century Park East, Suite 1410**
     **Los Angeles, CA 90012**

     The name and address of the court is:

     **LASC Central District**
     **111 N Hill Street,**
     **Los Angeles, CA 90012**

5.   Your written response must be in the proper legal form. You can find more information at the Californian Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp). If you do not file your response on time, you may lose the case by default, and your wages, money and property may be taken without further warning from the court.

6.   You may want to call an attorney in California. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a non-profit legal services program. You can locate these non-profit groups at the

Enyo Law LLP is a limited liability partnership registered in England and Wales (registered number OC356313).
A list of members is available for inspection at the registered office, 11 Pilgrim Street, London, EC4V 6RN.
Authorised and regulated by the Solicitors Regulation Authority (548866).

Exhibit A
Page 9

E N Y O   L A W

California Legal Services website (www.lawhelpcalifornia.org), or the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp).

Yours faithfully,

*Enyo Law LLP*

**Enyo Law LLP**

Encs.

Exhibit A
Page 10

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**                    **Case No: BC 689910**
**FOR THE COUNTY OF LOS ANGELES**

(1)  APM.MC USA INC (a California Corporation) and

(2)  APM.MC CANCADA INC (a Canadian Corporation)

**PLAINTIFFS**

-v-

(1)  SEQUOIA EUROPE LTD

(A UK PRIVATE LIMITED COMPANY ALSO KNOWN AND DOING BUSINESS AS SEQUOIA GROUP)

(2)  LUCIO NEVI (AN INDIVIDUAL)

(3)  SACHA MARJOL NEVI (AN INDIVIDUAL)

(4)  SEQUOIA GROUP HOLDINGS LLC

(A NORTH CAROLINA LIMITED LIABILITY COMPANY ALSO KNOWN AND DOING BUSINESS AS
SEQUOIA GROUP)

(5)  SUPERL HOLDINGS LTD

(A HONG-KONG S.A.R. ENTITY OF UNKNOWN FORM, ALSO KNOWN AND DOING BUSINESS AS
SEQUOIA GROUP)

(6)  SUPERL SEQUOIA LTD

(A HONG-KONG S.A.R. BUSINESS ORGANISATION LIMITED BY SHARES, ALSO KNOWN AND DOING
BUSINESS AS SEQUOIA GROUP)

(7)  JOHN DOES 1 TO 50

**DEFENDANTS**

# INDEX OF
# DOCUMENTS PROVIDED TO DEFENDANTS

| | Document | Date |
|---|---|---|
| **1.** | Summons – Notice to Defendant | 11 January 2018 |
| **2.** | Complaint and accompanying Exhibits | 11 January 2018 |
| **3.** | Civil Case Cover Sheet | 11 January 2018 |
| **4.** | Cover Sheet Addendum and Statement of Location | 11 January 2018 |
| **5.** | Notice of Case Assignment to Assigned Judge: Hon. Richard Fruin | 11 January 2018 |

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SEQUOIA EUROPE LTD., a UK private limited company, also known and doing business as SEQUOIA GROUP; LUCIO NEVI, an individual; SACHA MARJOL NEVI, an individual; SEQUOIA GROUP HOLDINGS, LLC, a North Carolina limited liability company, also known and doing business as SEQUOIA GROUP; SUPERL HOLDINGS LTD., a Hong Kong S.A.R. entity of unknown form, also known and doing business as SEQUOIA GROUP; SUPERL SEQUOIA LTD., a Hong Kong S.A.R. business organization limited by shares, also known and doing business as SEQUOIA GROUP; and JOHN DOES 1 to 50;

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

APM.MC USA, INC.; APM.MC CANADA, INC.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 1 1 2018

Sherri R. Carter, Executive Officer/Clerk

By: _____, Deputy
Moses Soto

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br><br> LASC Central District <br> 111 N Hill Street, Los Angeles, CA 90012 | CASE NUMBER <br> *(Número del Caso):* <br> BC 6 8 9 9 1 0 |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

MORGAN E. PIETZ (SBN 250629), 310-441-0500
GERARD FOX LAW, P.C.
1880 CENTURY PARK EAST, SUITE 1410
LOS ANGELES, CA 90067

| DATE: <br> *(Fecha)* JAN 1 1 2018 | SHERRI R. CARTER | Clerk, by <br> *(Secretario)* M. Soto | , Deputy <br> *(Adjunto)* |
| --- | --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB | Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A
Page 12

GERARD FOX LAW, P.C.
Morgan E. Pietz (SBN 260629)
  mpietz@gerardfoxlaw.com
Trevor C. Maxim (SBN 317859)
  tmaxim@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile:  (310) 441-4447

*Attorneys for Plaintiffs*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 1 1 2018

Sherri R. Carter, executive officer/Clerk
By: _____, Deputy
Moses Soto

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| APM.MC USA, INC., a California corporation, and APM.MC CANADA, INC., a Canadian corporation, | Case No.:  BC 6 8 9 9 1 0 |
| Plaintiffs, | **COMPLAINT FOR:** |
| v. | (1) **BREACH OF CONTRACT;** |
| | (2) **FRAUD – INTENTIONAL OR NEGLIGENT MISREPRESENTATION;** |
| SEQUOIA EUROPE LTD., a UK private limited company, also known and doing business as SEQUOIA GROUP; LUCIO NEVI, an individual; SACHA MARJOL NEVI, an individual; SEQUOIA GROUP HOLDINGS, LLC, a North Carolina limited liability company, also known and doing business as SEQUOIA GROUP; SUPERL HOLDINGS LTD., a Hong Kong S.A.R. entity of unknown form, also known and doing business as SEQUOIA GROUP; SUPERL SEQUOIA LTD., a Hong Kong S.A.R. business organization limited by shares, also known and doing business as SEQUOIA GROUP; and JOHN DOES 1 to 50, | (3) **FRAUD – FALSE PROMISE;** |
| | (4) **FRAUD – CONCEALMENT;** |
| | (5) **BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING;** |
| | (6) **RECOVERY OF MONEY PAID TO UNLICENSED GENERAL CONTRACTOR [Cal. Bus. & Prof. Code § 7031(b)];** |
| | (7) **CONVERSION;** |
| | (8) **VIOLATIONS OF CALIFORNIA'S UNIFORM VOIDABLE TRANSACTIONS ACT [Cal. Civ. Code § 3439];** |
| Defendants. | (9) **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS;** |
| | (10) **NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS;** |
| | (11) **UNFAIR COMPETITION [Cal. Bus. & Prof. Code § 17200];** |
| | (12) **ACCOUNTING AND CONSTRUCTIVE TRUST** |
| | **AND DEMAND FOR JURY TRIAL** |

COMPLAINT

**COMPLAINT**

Plaintiffs APM.MC USA, INC., a California corporation and APM.MC CANADA, INC., a Canadian corporation (together "**APM**" or "**Plaintiffs**") for their complaint against each of the defendants hereby allege as follows:

**NATURE OF THE CASE**

1. This is a contractual fraud suit brought by a jewelry brand against a primary general contractor that it hired to build-out six retail store locations across North America, including one in the Beverly Center in Los Angeles, California. The general contractor lied about its qualifications and abilities and played up its links to the global "Sequoia Group" in order to win the contract in the first place. The general contractor lied about how the work was going and when it would be completed in order to induce further payments that Plaintiffs would not have made had it known the truth. And the general contractor lied about how the money it was paid by the Plaintiffs was being used, claiming that all subcontractors were fully paid, when, in fact, various subcontractors were not paid large sums for the work they performed on the stores. The individuals running the general contractor appear to have embezzled and taken for themselves a significant portion of the project funds entrusted to the company. A subcontractor electrician working on one of the stores called the project "an embarrassment to the construction industry." The general contractor's utterly inept performance, repeated lies, unlawful misappropriation of funds, and other wrongful conduct have directly resulted in millions of dollars in damages to Plaintiffs—damages which continue to rise daily—and which Plaintiffs now seek to recover, both from the general contractor itself, and from its owners, principals, agents, and alter-egos, through this lawsuit.

**PARTIES**

**Plaintiffs**

2. Plaintiff APM.MC USA, INC. is a California corporation, in good standing, which was initially registered with the California Secretary of State on March 28, 2016. From the time it was formed until November 28, 2017, APM.MC USA, INC. maintained its principal executive office in Los Angeles, CA. Accordingly, when the contractual relationship was entered into and when the main fraudulent acts giving rise to this lawsuit occurred, APM.MC USA, INC.'s principal executive office

-1-
COMPLAINT

1   was here in Los Angeles.  Effective on November 28, 2017, APM.MC USA, INC. moved its principal

2   executive office to New York, NY.  APM.MC USA, INC. continues to do business in California as a

3   tenant with a lease for retail space in the Beverly Center, located in Los Angeles, CA.

4        3.     Plaintiff APM.MC CANADA, INC. is an Ontario, Canada corporation.  APM.MC

5   CANADA, INC. maintains its principal place of business in Toronto, Ontario, Canada, where it also

6   leases retail space.

7

8   **Sequoia Europe Defendants**

9        4.     Defendant SEQUOIA EUROPE LTD. ("**Sequoia Europe**") is a UK "private limited

10  company," UK company registration number 8078566.  On information and belief, Sequoia Europe

11  maintains its principal place of business at 44 Squires Lane, London, United Kingdom, N3 2AT.

12       5.     Sequoia Europe has done business as and has also been known as "Sequoia Group".

13       6.     Defendant LUCIO NEVI ("**Nevi**") is an individual.  On information and belief, at all

14  relevant times, Nevi resided in and was a citizen of the United Kingdom, and was director, majority

15  owner, and head executive of Sequoia Europe.

16       7.     Defendant SACHA MARJOL NEVI ("**Mrs. Nevi**") is an individual.  On information

17  and belief, Mrs. Nevi was previously known as Sacha Marjol De Graaf, but she changed her name to

18  Sacha Marjol Nevi sometime prior to February of 2009.  On information and belief, at all relevant

19  times, Mrs. Nevi resided in and was a citizen of the United Kingdom, and was a minority owner of

20  Sequoia Europe.  On information and belief, Sacha Nevi is Lucio Nevi's wife.  Together, Mr. Nevi and

21  Mrs. Nevi are the "**Individual Defendants.**"  Sequoia Europe together with the Individual Defendants

22  are the "**Sequoia Europe Defendants.**"

23

24  **Sequoia Group Defendants**

25       8.     Defendant SEQUOIA GROUP HOLDINGS, LLC ("**Sequoia Group Holdings**") is a

26  North Carolina limited liability company.  On information and belief, Sequoia Group Holdings has its

27  principal place of business in New Bern, North Carolina.  On information and belief, Sequoia Group

28  Holdings specializes in "retail build out" and they have "built and delivered retail stores and in-store

-2-
COMPLAINT

1 | shop systems for many of the best branded retailers in the United States and have planned and opened
2 | hundreds of stores and in-store shops." On information and belief, in or around late 2016, Sequoia
3 | Group Holdings was sold to, merged with, and/or entered into a more formal partnership or other legal
4 | relationship with one or more of the other defendants.

5 |      9.     On information and belief, Sequoia Group Holdings has done business as and has also
6 | been known as "Sequoia Group".

7 |      10.    Defendant SUPERL HOLDINGS LTD. ("**Superl Holdings**") is a Hong Kong S.A.R.
8 | business entity of unknown form. On information and belief, Superl Holdings has its principal place of
9 | business in Hong Kong S.A.R. On information and belief, Superl Holdings specializes in
10 | manufacturing high-end retail fixtures at its factory in mainland China.

11 |      11.    On information and belief, Superl Sequoia has done business as and has also been
12 | known as "Sequoia Group".

13 |      12.    Defendant SUPERL SEQUOIA LTD ("SSL") is "a Hong Kong business organization
14 | 'limited by shares,' a status in the Commonwealth of Nations that we have held is equivalent to a
15 | corporation in the United States." *Superl Sequoia Ltd. v. Carlson Co.*, 615 F.3d 831, 832 (7th Cir.
16 | 2010). On information and belief, SSL has its principal place of business in Hong Kong S.A.R.

17 |      13.    On information and belief, SSL has done business as and has also been known as
18 | "Sequoia Group".

19 |      14.    Together, Sequoia Group Holdings, Superl Holdings, and SSL, which have sometimes
20 | been known and done business as the "Sequoia Group," shall be referred to as the **Sequoia Group**
21 | **Defendants**.

22 |

23 | **John Doe Defendants, Agency, and Conspiracy**

24 |      15.    Defendants JOHN DOES 1 through 50 (the "**Does**" or "**Doe Defendants**") are sued
25 | herein under fictitious names, their true names and capacities being presently unknown to Plaintiffs.
26 | Plaintiffs will seek leave of court to amend this complaint to allege the true names and capacities of
27 | Does 1 through 50 when the same are ascertained. Plaintiffs are informed and believe that each such
28 | fictitiously named defendant is responsible in some manner for the occurrences alleged herein and for

1   the damages incurred by Plaintiffs as a result thereof.

2        16.     On information and belief, each defendant was in some manner responsible for the acts

3   and damages alleged herein, and/or are indebted to APM as alleged herein, and each defendant

4   participated in the acts alleged herein and, in participating in such acts, each defendant was the agent

5   and co-conspirator of each other defendant, and was acting in the course and scope of such agency and

6   conspiracy.

7

8                          **COMMON FACTUAL ALLEGATIONS**

9   **Background on APM**

10       17.     APM.MC USA, INC. and APM.MC CANADA, INC. are the U.S. and Canadian retail

11   subsidiaries of a global jewelry brand and retailer that does business under the name "APM Monaco,"

12   which is ultimately owned by corporate parent APM Limited, a Hong Kong limited entity.  APM

13   Monaco designs and sells "contemporary fashion jewelry with a touch of Monegasque flair."  The

14   name APM Monaco also derives from the company's founder, Ariane Prette, who began producing

15   jewelry pieces in Monaco in 1982 and has since passed on her legacy of timeless designs to the rest of

16   the Prette family, who carry on the business today.  APM Monaco, through subsidiaries such as

17   Plaintiffs, owns and operates retail store locations around the world.  Most of APM Monaco's 90 retail

18   stores in 17 countries are located in Europe and East Asia, where the brand is already well-known.

19   Most recently, APM Monaco formed Plaintiffs as part of its plans to expand and open new retail stores

20   in the United States and Canada.

21

22   **APM Hires Lucio Nevi and Sequoia Europe to Build Out UK Retail Store Location**

23       18.     From 2015 to early 2016, APM Monaco was focused on expanding its retail presence

24   into the United Kingdom.  After opening two stores in London and finding a suitable location in

25   Manchester, APM Monaco sought out a contractor to build out its planned store in Manchester.  APM

26   Monaco's global head of Store Design and Development, Andrea Sovilla, reached out to a friend with

27   experience opening retail stores in the UK, who recommended Lucio Nevi of Sequoia Europe.

28       19.     When Nevi and Sovilla met in-person in the UK, in May of 2016, Nevi explained that

1  he was the worldwide Sequoia Group's "reference" person for projects in Europe.  Nevi said that he

2  and his wife recently created Sequoia Europe as a branch entity working closely with the Sequoia

3  Group, and presented Sovilla a business card featuring the "Sequoia Group" name and logo, attached

4  hereto as <u>Exhibit 1</u> and pictured here:



11     20.     On or around November 20, 2016, Sequoia Europe, acting through Nevi, sent Sovilla a

12  detailed offer sheet for the Manchester project, quoting a price for the build-out work of £59,500.20.

13  A true and correct copy of the Manchester offer is attached hereto as <u>Exhibit 2</u>.

14     21.     As can be seen on <u>Exhibit 2</u>, the offer that Nevi sent to APM Monaco for the

15  Manchester store had the following logos in the header of the document.  Header:



VAT REGISTRATION NUMBER: GB 134 2871 21

Header detail 1:



/ / /

-5-
COMPLAINT

Header detail 2:

Europe
United States
Hong Kong
China



22.     APM Monaco's UK retail subsidiary accepted Sequoia Europe's offer for the Manchester, UK project, and Nevi and Sequoia Europe then did a relatively good job of finishing the project on-time and on-budget.  Aside from the offer sheet (Exhibit 2) and acceptance, there was no formal written contract between the parties.  But APM Monaco's UK subsidiary paid the £59,500.20 as agreed, and APM Monaco was generally happy with the quality of the work Sequoia Europe did in building out the Manchester location such that the final result met APM Monaco's retail store requirements.

**APM Enters Into Contract With Sequoia Europe to Build Out Six North American Locations**

23.     During the May 2016 meetings and follow-up phone calls between Nevi and Sovilla, Nevi stressed his connections to the Sequoia Group, indicated that he had personal experience working in the USA, that his company was very experienced at doing U.S. retail build-outs, and that Sequoia Europe had ongoing operations in the United States.  By November of 2016, APM was seriously considering selecting Sequoia Europe as its general contractor for its planned North American expansion to New York, Las Vegas, Seattle, Boston, and Toronto.

24.     The negotiation for the new locations in North America followed the same course of dealing that the parties utilized on the successful Manchester project.  There was no long, formal written contract.  Rather, after doing a diligence review to understand what work would be required at each of the six selected sites to build out the site so that it would meet APM's retail store requirements, which included Nevi visiting existing APM Monaco stores, Nevi and Sequoia Europe prepared an "Offer" sheet for each location, which budgeted out, on a line item basis, how much each aspect of the project would cost, and the parties also agreed on completion dates for each location.

-6-
COMPLAINT

25.     Specifically, Sequoia Europe and APM agreed, as per the price quotations in the initial written "Offers" submitted by Nevi and Sequoia Europe to APM, and completion dates discussed verbally and confirmed by email, that performance was to be rendered as follows:

(a)     New York. The initial offer for New York, sent by Lucio Nevi to Andrea Sovilla on January 18, 2017, provided that Sequoia Europe would complete the build out work for a price of €267,419.00. A true and correct copy of the New York offer and transmittal email is attached hereto as Exhibit 3. The first transmittal email for New York further provided that :

> "The condition of payments are the following:
> 1) 30 % on order
> 2) 20 % on site opening
> 3) 20 % on millworks delivery
> 4) 20 % end of the works
> 10) [sic] 10% 60 days from the end of the works."

Sequoia Europe initially promised a completion date for New York of May 1, 2017. The New York offer again utilized the same two-logo header as was used for the Manchester offer.

(b)     Toronto. The initial offer for Toronto, sent by Lucio Nevi to Andrea Sovilla on January 26, 2017, provided that Sequoia Europe would complete the build out work for a price of €309,758.00. A true and correct copy of the Toronto offer and transmittal email is attached hereto as Exhibit 4. Sequoia Europe initially promised a completion date for Toronto of May 1, 2017.

(c)     Las Vegas. The initial offer for Las Vegas, sent by Lucio Nevi to Andrea Sovilla on January 30, 2017, provided that Sequoia Europe would complete the build out work for a price of €168,000.00. A true and correct copy of the Las Vegas offer and transmittal email is attached hereto as Exhibit 5. Sequoia Europe initially promised a completion date for Las Vegas of May 15, 2017.

(d)     Boston. The initial offer for Boston, sent by Lucio Nevi to Andrea Sovilla on January 31, 2017, provided that Sequoia Europe would complete the build out work for a price of €173,452.00. A true and correct copy of the Boston offer and transmittal email is attached hereto as Exhibit 6. Sequoia Europe initially promised a completion date for Boston of September 1, 2017.

26.     After APM received Sequoia Europe's offers for New York, Las Vegas, Toronto and Boston over the second half of January, 2017, APM decided to accept these offers and hire Sequoia

1   Europe as the main general contractor for North America.  APM's decision in this regard was based, in

2   part, on Nevi's affirmative representations made to this point, and the appearance he created through

3   his words and actions, that Sequoia Europe was part of the global "Sequoia Group."

4        27.      On or around February 13, 2017, Andrea Sovilla of APM called Mr. Nevi to let him

5   know that Sequoia Europe's offers for New York, Toronto, Las Vegas and Boston were being accepted

6   and that Sequoia Europe was being selected as APM's primary general contractor for North America.

7   Sovilla followed up that call with a confirmatory email dated February 13, 2017 (attached hereto as

8   Exhibit 7), wherein Sovilla set forward the agreed "Opening dates" they had discussed and agreed

9   upon for the new stores as follows: "New York 01 May 2017; Toronto 01 May 2017; Las Vegas 15

10  May 2017; Seattle 15 May 2017; Boston 01 September 2017."  Nevi responded to Sovilla's

11  confirmatory email by writing, "thank you very much for your order, we are really glad about it," and

12  the parties began performing.

13       28.      For Plaintiffs, APM.MC USA, INC. was the contracting entity for the U.S. stores, and

14  APM.MC CANADA, INC. was the contracting entity for the Toronto, Canada, store.

15       29.      After performance had already begun on the first four stores, after further negotiations

16  between APM and Sequoia Europe, and after APM secured appropriate retail leases, APM.MC USA,

17  INC. also selected Sequoia Europe as the primary general contractor for build-out work on two

18  additional locations in  Seattle and Los Angeles, as follows:

19            (e)      Seattle.  Lucio Nevi sent an initial offer for the Seattle location to Andrea

20  Sovilla on or around March 20, 2017.  The parties then negotiated some further changes, and agreed on

21  applying a 5% discount, resulting in Sequoia Europe submitting what was styled as "Offer no.3" to

22  APM on or around March 29, 2017.  This initial version of Seattle Offer no.3, sent on March 29, 2017,

23  incorrectly applied the 5% discount as a 5% surcharge, such that it showed a total of €248,521 being

24  *increased* by a "discount" of 5% for a grand total of € 260,947.05.  A true and correct copy of the

25  initial version of Seattle Offer no.3 and accompanying transmittal email is attached hereto as Exhibit 8.

26  Subsequently, the parties caught the error regarding the discount being misapplied, and, on or around

27  May 4, 2017, Sequoia Europe sent a corrected version of Seattle offer no.3, which provided that

28  Sequoia Europe would complete the build out work for a price of €236,094.95 (after *subtracting* the

-8-
COMPLAINT

Exhibit A
Page 21

1  5% discount).  A true and correct copy of the corrected Seattle Offer no.3, with the 5% discount

2  applied correctly, is attached hereto as <u>Exhibit 9</u>.  Sequoia Europe initially promised a completion date

3  for Seattle of May 15, 2017.   APM accepted Sequoia Europe's Seattle Offer no.3 (which was mutually

4  intended to include the 5% discount) and put Sequoia Europe in charge of the Seattle project on or

5  shortly after March 29, 2017, and the parties began performing.

6         (f)   <u>Los Angeles</u>.  In April of 2017, APM asked Sequoia Europe to submit a bid for

7  a planned further location at the Beverly Center in Los Angeles, California.   Nevi submitted an initial

8  offer or around April 21, 2017, which was not initially accepted by APM.  After further negotiations

9  and some time spent by Sequoia Europe and Nevi familiarizing themselves with the project in June and

10  July of 2017, on or around July 30, 2017, Nevi sent APM a written offer for the work in LA styled as

11  "rev 1A.".  The July 30th "rev 1A" offer had a blank space for the cost associated with "Demolition

12  work and site setup."   After Sequoia Europe purportedly obtained a quote from a subcontractor for

13  demolition work, on or around July 30, 2017, Nevi sent Andrea Sovilla a revised offer for Los

14  Angeles, styled as "rev 2A," which  provided that Sequoia Europe would complete the build out work

15  for LA for a price of €620,094.97.  A true and correct copy of "rev 2A", and the accompanying

16  transmittal email, is attached hereto as <u>Exhibit 10</u>.  The difference between "rev 1A" and "rev 2A" and

17  was the addition in the latter of a $75,000 line item for "Demolition work and site setup."  Sequoia

18  Europe initially promised a completion date for Los Angeles of September 1, 2017.  APM accepted

19  Sequoia Europe's "rev 2A" for Los Angeles and put Sequoia Europe in charge of the Los Angeles

20  project on or shortly after July 30, 2017, and the parties began performing.

21

22  **Sequoia Europe Does Terrible Job, Goes Substantially Over Budget, Falls Months Behind Schedule, Causes Significant, Ongoing Damages to APM**

23     30.   On information and belief, Sequoia Europe and Nevi actually had very little—if any—

24  experience working on construction projects in the United States, such that they were egregiously

25  ignorant of the applicable rules, regulations, and standard practices in U.S. construction generally, and

26  of the particular requirements of the six cities where the APM stores were being built out in particular.

27     31.   On information and belief, Sequoia Europe is not licensed as a general contractor in any

28  of the six locations where work was performed, or anywhere within the United States or Canada.  On

-9-<br>COMPLAINT

1  information and belief, Sequoia Europe has no U.S. or Canadian license of any kind.

2      32.    Sequoia Europe failed to timely apply for many required permits, resulting in

3  significant delays on all projects.  For example, Sequoia Europe did not file for the appropriate

4  construction permit in Boston until September 2017, even though Sequoia Europe surveyed the space

5  in February and APM took possession in August.

6      33.    Sequoia Europe prepared significantly flawed design drawings, resulting in major

7  problems and delays on all projects.  Indeed, one design drawing for Seattle was off by 13 inches, and

8  failed to incorporate the installation of air-conditioning ducting, suggesting that Sequoia Europe failed

9  to properly measure, and that they lacked basic general contracting skills.  That particular mistake by

10  Sequoia Europe resulted in on-site subcontractors having to order parts from the factory on a rush basis

11  and custom fabricate air conditioning components to make an A/C unit to fit in a non-standard space.

12      34.    Sequoia Europe sourced low-quality fixtures and material from Italy, some of which

13  appeared used, which did not meet U.S. rules and requirements, and charged APM exorbitant prices to

14  ship and then store this low-grade material from Italy.  Higher quality options were available in the

15  U.S. or in China, and could have been procured at a much cheaper price.

16      35.    On two of the jobs, Sequoia Europe attempted to import an Italian work crew, who,

17  APM now believes, were not authorized to work in the United States, and who generally made a big

18  mess of everything they touched.  For example, the Italian crew demanded that mill work (shaping and

19  installing wood for counters, etc.) occur at the same time as dry wall work, even though dry wall is

20  notoriously messy and can result in damage to the millwork and interior.  The Italian crew did terrible

21  mill work, left marble tile cracked, and installed a sign on the wall crooked.  After the mall threatened

22  to shut the whole job down and the Italian crew was kicked off the site, they attempted to sabotage the

23  job by turning off fans and de-humidifiers that were drying the dry-wall mud, and by intentionally

24  leaving a large mess in front of the store's mall entrance, causing problems with the mall landlord.

25  The Italian work crew, who Sequoia Europe presumably flew out in another attempt to cut corners,

26  was caught doing these things by security footage.

27      36.    On information and belief, on several of the job sites, including Los Angeles and

28  Boston, Sequoia Europe spent months basically doing no work whatsoever, while it focused on other

1  locations.  Notwithstanding the fact that Sequoia Europe did almost no work on LA and Boston, it

2  charged APM hundreds of thousands of Euros for work it supposedly did do on those locations.

3        37.    As a result of Sequoia Europe's incompetence, not a single one of the stores was

4  delivered by the completion date that was originally agreed, and each project went significantly over

5  budget.

6        38.    As Sequoia Europe ran into problems that a competent general contractor should easily

7  have anticipated, it repeatedly demanded more money and pushed back the hand over dates, beyond

8  what was initially agreed, by demanding that APM approve various "Revisions" to its initial offers.

9        39.    APM's purported consent to the contract "Revisions" were obtained under economic

10  duress.  Sequoia Europe repeatedly and wrongfully threatened to stop or delay work if its demands for

11  more money than what had been previously agreed were not approved.  A reasonable business, facing

12  the prospect of millions of dollars in losses in rent, salary, and lost profits if the store openings were

13  further delayed, had no reasonable alternative other than to consent to these "Revisions."  APM would

14  not have consented to the "Revisions" without Sequoia Europe's wrongful threats.

15        40.    As of October 1, 2017, none of the stores were completed.  Accordingly, APM began

16  paying rent for locations that were not finished and which it was not able to timely occupy, thus

17  causing substantial damages. Specifically:

18        (a)    New York. The initial offer for New York provided that Sequoia Europe would

19  complete the build out work for a price of €267,419.00 with a completion date of May 1, 2017.  In

20  reality, Sequoia Europe has now attempted to charge APM €310,000 for New York, and APM was not

21  able to occupy New York until October 21, 2017.  Sequoia Europe's delays in New York have cost

22  APM at least $311,907.21 in rent for months during which APM paid rent but was not able to occupy

23  or operate the premises.

24        (b)    Toronto. The initial offer for Toronto, sent by Lucio Nevi to Andrea Sovilla on

25  January 26, 2017, provided that Sequoia Europe would complete the build out work for a price of

26  €309,758 with a completion date of May 1, 2017.  In reality, Sequoia Europe has now attempted to

27  charge APM €381,342 for Toronto, and APM was not able to occupy Toronto until October 15, 2017.

28  Sequoia Europe's delays in Toronto have cost APM.MC CANADA, INC. at least $240,383.61 CAD

-11-<br>COMPLAINT

1   (approx. $193,616.98 USD) in rent for months during which APM paid rent but was not able to occupy

2   or operate the premises.

3            (c)   Las Vegas.  The initial offer for Las Vegas provided that Sequoia Europe would

4   complete the build out work for a price of €168,000 with a completion date of May 15, 2017.  In

5   reality, Sequoia Europe has now attempted to charge APM €247,922 for Las Vegas, and APM was not

6   able to occupy Las Vegas until October 14, 2017.  Sequoia Europe's delays in Las Vegas have cost

7   APM at least $63,888.41 in rent for months during which APM paid rent but was not able to occupy or

8   operate the premises.

9            (d)   Boston.  The initial offer for Boston provided that Sequoia Europe would

10   complete the build out work for a price of €173,452 with promised a completion date of September 1,

11   2017.  In reality, Sequoia Europe has now attempted to charge APM €291,801 for Boston, and, as of

12   December 31, 2017, work on the Boston location is still not finished.  Sequoia Europe's delays in

13   Boston have already cost APM at least $37,481.59 (and counting) in rent for months during which

14   APM paid rent but was not able to occupy or operate the premises.

15            (e)   Seattle.  The initial offer for Seattle provided that Sequoia Europe would

16   complete the build out work for a price of €236,094.95 with a completion date of May 15, 2017.  In

17   reality, Sequoia Europe has now attempted to charge APM €238,185 for Seattle, and APM was not

18   able to occupy the Seattle store until December 11, and could not open the store in acceptable

19   condition until December 17.  Sequoia Europe's delays in Seattle have cost APM at least $45,288 for

20   months during which APM paid rent but was not able to occupy or operate the premises.

21            (f)   Los Angeles.  The initial offer for Los Angeles provided that Sequoia Europe

22   would complete the build out work for a price of €620,094.97 with a completion date of September 1,

23   2017.  In reality, after receiving a substantial payment for Los Angeles, Sequoia Europe has effectively

24   abandoned the Los Angeles project which is nowhere close to being done as of December 31, 2017,

25   while also seeking to charge APM €649,507.40 for Los Angeles.  Sequoia Europe's delays in Los

26   Angeles have already cost APM at least $126,858.50 (and counting) in rent for months during which

27   APM paid rent but was not able to occupy or operate the premises.

28         41.    Certain sub-contractors who Sequoia Europe engaged to work on the various locations

1    are now claiming that they have not been paid by Sequoia Europe and they are therefore threatening to

2    lien the property and/or APM's commercial leasehold interest.  At least one subcontractor is seeking

3    additional six figure payments directly from APM.  Thus, APM anticipates it will incur additional,

4    significant damages, if it turns out that these sub-contractors have valid claims for payment.  As

5    primary general contractor, it was Sequoia Europe's responsibility to satisfy these claims out of the

6    construction funds entrusted to it by APM.    Any amount APM spends out of pocket paying sub-

7    contractors directly to cure Sequoia Europe's breach of its agreements with subcontractors will thus

8    practically result in a further increase over and above the project price agreed with Sequoia Europe.

9          42.      Further, in reliance on Sequoia Europe's repeated promises and assurances that the

10   stores were almost done and would soon be finished and handed over to APM, APM hired employees

11   and staff to be ready to open, only for Sequoia Europe to then push the completion date back again,

12   thus resulting in APM paying salary and other wages to employees and staff to *not* go to work at an

13   unfinished store.

14         43.      APM also lost and is continuing to lose profits it would otherwise be earning by

15   operating the stores.

16         44.      In sum, as a result of Sequoia Europe's delays and the stores not being opened (even

17   though APM is paying for the locations pursuant to its various lease agreements and even though

18   employees had to be paid to not work at unopened stores), between rent, salaries, payments due to

19   subcontractors, APM estimates it has already been damaged in the amount of at least $2,000,000 USD,

20   and as will be shown according to proof at trial.  Certain of the foregoing types of damages continue to

21   mount on a daily basis, and APM will also seek lost profits, which are not included in the foregoing

22   preliminary estimation.

23

24   **APM Asks for Update and Accounting, Sequoia Europe Responds by Demanding "Prepayment"
     and Threatening to Abandon Boston and Los Angeles; APM Terminates Contract**

25

26         45.      On December 7, 2017, by letter to Lucio Nevi, APM asked Sequoia Europe for (1) a

27   detailed progress update on Boston and Los Angeles; (2) an accounting for the money APM had

28   already paid to Sequoia Europe for Boston and Los Angeles; and (3) APM requested to set a face-to-

1  face meeting between company principals to try and work out an amicable resolution to the

2  increasingly troubled project.

3       46.    Mr. Nevi responded by email on December 8, 2017 by demanding further "prepayment"

4  of the remaining balance for Boston and Los Angeles, "Otherwise we will be forced in spite of

5  ourselves to suspend all the ongoing operations."  Mr. Nevi's response gave no indication that he

6  would be providing the requested accounting or that he was interested in any kind of meeting to try and

7  work things out.

8       47.    APM responded to that email later in the day on December 8, 2017, by notifying Mr.

9  Nevi that his threat to "suspend all the ongoing operations" unless he was given a "prepayment" was a

10  "further material breach of the contract" and that APM's contract with Sequoia Europe was thus

11  "hereby terminated."  APM further requested of Mr. Nevi as follows:

12       "Since the contract is now terminated due to Sequoia's breach and its unwillingness to
         provide basic information in a timely fashion, this is a formal demand that you and
13       Sequoia immediately (1) return all funds that have been advanced for work on Los
         Angeles and Boston; that total, as you will recall, is 688,645 EUR($812,945 USD at
14       today's exchange rate); and (2)  that you and Sequoia tender possession to APM of any
         materials for those locations, such as the materials shipped from Italy.
15
16       If you contend that any part of the 688,645 EUR previously advanced for LA and
         Boston was appropriately spent on those two locations, as consistent with the approved
17       quotations and budgets, then provide us with the accounting we previously requested to
         support that assertion.  You should be sure to include backup documentation, such as
18       purchase orders, checks, invoices from subcontractors, etc., showing the actual
         payments being made on appropriate expenses for LA and Boston.  Given that real
19       work on these projects is only just beginning this month, it strains credulity to imagine
         how you could possibly have spent anywhere close to the 688,645 EUR advanced on
20       these two locations.  Your refusal to provide an accounting makes me suspect the worst
         and assume that most if not all of this money went straight into Sequoia's pocket and
21       that Sequoia did none of what is was contractually obligated to do, and simply lied
         about what was going on.  APM's demand for a refund of 688,645 EUR for monies
22       advanced for LA and Boston to pay for work that Sequoia never actually performed is
         separate and distinct from APM's claim for over 1,000,000 EUR in damages.
23
24       APM reiterates for a final time its requests for a detailed, written project update and an
25       accounting to be provided by Monday December 11, 2017.  If you decline to provide
         that information, I will assume that you are doing a fraud and APM will have no choice
26       but to file suit immediately thereafter, as previously stated."

27       48.    Mr. Nevi responded on December 11, 2017 and rejected the request for an in-person

28  meeting, citing "health conditions."  He also claimed that Sequoia has "use[d] all the funds you paid to

                                        -14-

1 | complete four shops and start another in Boston." Aside from the foregoing statement, Mr. Nevi has
2 | not explained what happened to the funds that APM advanced for work on Los Angeles and Boston
3 | locations where work had yet to really begin.

4 |     49.    On information and belief, the only major work that has been done on the Los Angeles
5 | location is demolition work, but the subcontractor who performed the demolition work in LA was not
6 | paid by Sequoia Europe.

7 |     50.    On December 21, 2017, Sequoia Europe sent a notice to its creditors, including APM,
8 | that the directors of the company "have decided to take steps to place it into creditors' voluntary
9 | liquidation."

10 |     51.    As of December 31, 2017, Mr. Nevi and Sequoia Europe still have yet to provide the
11 | kind of detailed update or accounting requested or explain what happened to the funds that were
12 | advanced to Sequoia Europe for Boston and Los Angeles—projects that Sequoia Europe has admitted
13 | are only just beginning, and which Sequoia Europe has now effectively "suspended" and abandoned.

14 |

15 | **Sequoia Europe and Nevi Were Not Merely Incompetent; Their Conduct was Fraudulent**

16 |     52.    On August 11, Sequoia Europe provided an updated schedule for its work in Los
17 | Angeles, which claimed that the project would be on hold from August 28 to October 1, due to
18 | "Construction by Beverly Center that is not under our control." APM pressed Sequoia Europe for an
19 | explanation of this delay and, after days of follow-up emails, never got a response. Put simply by a
20 | representative of Taubman Properties, manager of the Beverly Center mall in Los Angeles, "[t]his is
21 | incorrect information from your contractor," as there was no such construction planned that would
22 | impede the progress of the APM store.

23 |     53.    In a Los Angeles site visit, Tom Klaber of Sequoia Europe admitted that Nevi gave the
24 | orders to "slow down LA" due to his belief that APM had not kept up with its payment schedule.
25 | APM, meanwhile, had either paid each invoice for completed stores or was actively negotiating
26 | payment, and had already paid €465,071 for Los Angeles and €223,574 for Boston, locations where
27 | construction work had barely even started.

28 |     54.    APM sent Sequoia Europe routine payments on invoices between March and November

1   of 2017 relying, in large part, on Sequoia Europe's assurances that the Stores were on track to open

2   soon despite setbacks.  The knowingly false schedule from August 11 was one such assurance.

3       55.    In Boston, Nevi claimed that store construction was delayed due to unforeseen

4   problems dealing with union labor, as referenced in a September 25 email.  However, the Retail Tenant

5   Contractor Manual for Copley Place, the site of that store, clearly specifies it is a "Union shop, and all

6   trades are very strongly recommended to be Union labor only."  In addition, the subcontractor Hirsch

7   Construction Corp. submitted a bid proposal to Sequoia Europe on August 11 that emphasized its use

8   of "Union labor forces."

9       56.    In response to APM's concerns about the situation in Seattle, Nevi asserted that "we

10  have completed the installation of the millworks" as of November 23.  Nevi further insisted that Seattle

11  was already "finished," in two separate emails email dated November 29 and 30.  To the contrary, a

12  report on December 4 revealed that the site was still drastically behind schedule and full of mistakes,

13  with problems such as missing logos, faulty electrical wiring, and extensive damage to the millwork.

14      57.    When questioned about his failure to pay subcontractors on-time, Nevi either lied that

15  payments had been made or avoided answering altogether.  When told on November 24, "you need to

16  send us your proof of payment of all the subcontractors," Nevi said "I don't really understand the

17  meaning of you are sending the proof of payment to subcontractors."  On the same day, Nevi

18  pretended to have no idea there was a problem with subcontractor payment, asking APM to "advise

19  who is complaining and about what... to see if is true or not, and the reasons."  Meanwhile, a

20  subcontractor in Toronto had informed APM it was missing payments from Sequoia Europe over a

21  month prior, on October 16.

22      58.    Nevi was fully aware that APM was relying on his false statements about the Stores'

23  progress.  For months, APM officials had been sending Nevi desperate email pleas about the need to

24  remain on-schedule, including:

25          (a)    On June 13, APM's Executive Director of North America, Guillame Lavigne:

26  "As you can imagine there are other teams who need to be made aware of the changes with the

27  opening dates (Human Ressources [sic], Insurances, Logistics, IT, etc ...)"

28          (b)    On July 12, Guillame Lavigne: "For NYC, Las Vegas and Toronto, could you

-16-
COMPLAINT

1   confirm the dates at which these locations will be cleared for delivery? We need to send packages,

2   which involves some internal coordination."

3                    (c)     On August 14, APM's Global Head of Retail and Wholesale, Forrest Marion:

4   "We need [the revised schedule] TODAY.we are at day-25 of the opening and we still do NOT have a

5   confirmed opening date (we already hired our staff and we are already paying rent)"

6                    (d)     On August 15, Guillame Lavigne: sending the revised Los Angeles schedule is

7   "really urgent."

8                    (e)     On August 16, Guillame Lavigne: "It's not only the persons Cc'ed in these

9   emails who are waiting for updates, it's a lot of people and team at APM in order to properly do their

10  job."

11                   (f)     On October 4, APM President Philippe Prette (of the Prette family, founders of

12  APM): "Due to sequoia... The daily lost for each coming day is 5,150 euros[.] Remain to evaluate the

13  other loss related to the image, advertising, loss on incomes."

14  **Individual Defendants Are Liable for Sequoia Europe's Conduct Because They Are Alter-Egos**
15  **of the Company and the "Corporate Veil" Should be Pierced**

16          59.     On information and belief, there are two owners of Sequoia Europe: Nevi owns 70%

17  and Mrs. Nevi owns 30%.  On information and belief, Nevi and Mrs. Nevi are husband and wife.

18  Thus, there is a unity of interest and ownership between the company and its owners, such that the

19  separate personality of the company and its shareholders does not truly exist.

20          60.     Sequoia Europe is woefully undercapitalized for an entity that purportedly can take on

21  major construction projects across multiple countries and continents.  According to publicly filed

22  balance sheets with the UK government, Sequoia Europe has either carried negligible assets or, as the

23  most recent document shows, carried net liabilities. According to Sequoia Europe's most recent UK

24  filings, the company has less than 200 £ in total assets and almost 12,000 £ in total liabilities, making it

25  essentially judgment-proof.

26          61.     On information and belief, Sequoia Europe has failed to maintain corporate formalities.

27          62.     On information and belief, Sequoia Europe has co-mingled assets and funds and

28  diverted funds that were supposed to go to pay for work on the LA and Boston projects to the personal

1  benefit of the Individual Defendants.

2          63.     To allow the Individual Defendants to escape liability for Nevi's fraudulent acts would

3  lead to an inequitable result if his acts are treated as those of the company alone, and failure to

4  disregard the corporate entity would sanction a fraud, as herein alleged, and promote injustice.

5          64.     Accordingly, the Individual Defendants should be treated as the alter-ego of Sequoia

6  Europe, the "corporate veil" should be pierced, and the Individual Defendants should be held liable for

7  all of Nevi's wrongful and fraudulent actions, as herein alleged.

8

9  **Lucio Nevi and Sequoia Europe are Actual Partners, Joint-Venturers or Agents of the Sequoia**
   **Group Defendants, or, in the Alternative, Nevi and Sequoia Europe are Ostensible Agents of the**

10 **Sequoia Group Defendants**

11         65.     In 2016, Andrea Sovilla asked Nevi whether Sequoia Europe could manufacture certain

12 materials for APM retail locations in Asia and Europe.  Nevi responded that he could accomplish this

13 through the Sequoia Group's factories in China.  On October 24, 2016, Nevi instructed Sovilla via

14 email to send samples of APM's desired fixtures to "our offices in Hong Kong," and gave a Hong

15 Kong address titled "Superl Sequoia Limited."  Nevi directed Sovilla to contact "Terry Fan" by phone

16 with questions.  The email is attached hereto as Exhibit 11.

17         66.     Later, on November 3, 2016, Nevi forwarded Sovilla an email that Nevi had received

18 from Terry Fan, whose signature line read "Superl Sequoia Ltd."  The message showed that SSL was

19 assisting Nevi to prepare bids for the furniture work by asking for details about the furniture's design

20 and finishing material, attaching SSL's drawings of the proposed units.  The email is attached hereto as

21 Exhibit 12.

22         67.     Lucio Nevi asserts in his LinkedIN page that, in his position at Sequoia Europe, he is

23 "working as Project Director for Superlsequoia Group, an American/Chinese partnership, working

24 internationally with prestigious Companies/ Brands, managing the operations on site."  His LinkedIN

25 page further states that Sequoia Europe Ltd has "a subsidiary parent Company named Superl (Superl

26 Sequoia)... [with] 13,000 workers and annual turnover exceed[ing] $200 million USD.  The Group

27 maintains offices in North Carolina, Massachusetts, Hong Kong, Donguan (China), London and

28 Milan."  The page is attached hereto as Exhibit 13.

-18-
COMPLAINT

68.     In a meeting on May 18, 2016, while discussing a potential project for APM in the UK, Nevi told APM store designer Andrea Sovilla verbally that Sequoia Europe was part of the "Sequoia Group" and displayed a business card (<u>Exhibit 1</u>) with the Sequoia Group name and logo. Lucio Nevi business card:



69.     Offers and invoices that Nevi and Sequoia Europe sent to APM contain a logo in the top-left corner made up of nine small squares arranged to form a larger square, the bottom-left square shaded brown, with an animated tree visible on the right side.  In the top-ride corner is another small tree logo, this one bearing the name "Sequoia Group," accompanied by the words "Europe," "United States," "Hong Kong," and "China."     Sequoia Europe offer and invoice header example:



-19-
COMPLAINT

Exhibit A
Page 32

1   Detail of logo from Sequoia Europe invoice / offer header:

2
3
4
5   SEQUOIA EUROPE LTD

6   Detail of logo from Sequoia Europe invoice / offer header:

7
8   Europe
9   United States
10  Hong Kong        *Sequoia*
11  China                *Group*
12

13          70.     The Sequoia Group Defendants also refer to themselves as the "Sequoia Group," also

14  use a nearly identical logo, and also have offices in the same locations.

15          71.     According to the home page of SSL's company website (located at

16  http://superlsequoia.com/), "Superl Sequoia Limited & Sequoia Group were established in 2006. Our

17  factory is located in Dongguan, China. We manufacture high quality custom-made furniture for

18  International retail brand stores. We have administrative offices in Hong Kong, New York City and

19  North Carolina, USA." (Underline added). On information and belief, "Superl Sequoia Ltd.(SSL)," is

20  "a partnership between Superl Holdings Ltd. HK and Sequoia Group Holdings LLC, US, brings

21  together a unique combination of high quality, craftsmanship and affordability from China with design,

22  customer service, project management and installation services based in the United States."

23          72.     Each and every page of the SSL website features a logo nearly identical to those

24  displayed on Sequoia Europe's invoices: nine squares, bottom-left shaded brown, with a tree along the

25  right side (the only difference is its label "Sequoia Group," where the other is labeled "Sequoia Europe

26  Ltd").

27
28

-20-
COMPLAINT

Exhibit A
Page 33

1   Home Page:

2

3   www.superlsequoia.com

4

5      □□□ SUPERL

6      □□□ SEQUOIA

7      □□□ LIMITED

8

9

10

11

12

13   Logo detail from SSL website header, top right:

14

15 

16

17

18

19      73.     The founder of Sequoia Group Holdings, Gary Dembart, on his LinkedIN page,

20 similarly describes the "Sequoia Group" as a relationship between his U.S.-based retail build-out

21 company and Chinese fixture manufacturing interest going back to 2006, insofar as he describes

22 himself as "Managing Partner of Sequoia Group providing Leadership and Management for this

23 nimble and global company which is manufacturing and sourcing custom fixtures in China for use by

24 high end Brands, Retailers and Hotels" between March 2006 to December 2016.  As for January 2017

25 to the present, Mr. Dembart states on his LinkedIN page "Sequoia Group has been sold and opened a

26 new office in New York City with expanded services including Design, and Installation as well as its

27 existing Fixture Manufacturing. . . ."  (Underline added).

28      74.     On information and belief, which is based on Nevi's foregoing affirmative

-21-
COMPLAINT

1  representations as well as the Sequoia Europe business cards, offers, and invoices, and representations
2  made by the Sequoia Group Defendants' website as to their corporate form,  Nevi and/or Sequoia
3  Europe are part of a general "partnership" or joint venture together with the Sequoia Group
4  Defendants, the precise contours of which will be determined in discovery.

5        75.     On information and belief, even if there was no partnership or joint venture, the same
6  facts establish that Lucio Nevi and Sequoia Europe were still acting as an actual agent of the Sequoia
7  Group Defendants, and were acting within the scope of such agency in doing the acts alleged.

8        76.     Alternatively, and regardless of whether Nevi and Sequoia Europe have an actual
9  partnership, joint venture, or agency relationship with the Sequoia Group Defendants, Nevi and
10  Sequoia Europe were ostensible agents of the Sequoia Group Defendants.

11        77.     The Sequoia Group Defendants intentionally or carelessly created the impression that
12  Lucio Nevi and Sequoia Europe were their agents.  Sequoia Europe and the Sequoia Group Defendants
13  extensively intermingled their corporate identities, such as through sharing nearly identical logos,
14  emails, and website URLs.

15        78.     The Sequoia Group Defendants, acting through Terry Fan and others, actively assisted
16  Nevi in his attempt to solicit business from APM by, among other things, assisting on preparing a
17  quote to manufacture materials for APM's retail stores, as evidenced by Exhibit 12.

18        79.     Further, the Sequoia Group Defendants knew, and either approved or remained silent
19  while Nevi: (a) used the name "Sequoia Europe Ltd.," (b) referred to his company as part of the
20  "Sequoia Group"; (c) used a nearly identical logo; (d) operated a website at sequoiaeurope.com; and
21  (e) held himself out as working for and being in a "partnership" with the Sequoia Europe Defendants.

22        80.     APM reasonably believed that Lucio Nevi and Sequoia Europe were the agents of the
23  Sequoia Group Defendants for reasons which include the logos used on the Sequoia Europe business
24  cards, offers and invoices, as well as Nevi's representations as to his corporate affiliation with the
25  "Sequoia Group" and with the Sequoia Group Defendants, including those made on his LinkedIN
26  page.

27        81.     APM was harmed because it reasonably relied on its belief that Nevi and Sequoia
28  Europe were part of the "Sequoia Group".  Nevi and Sequoia Europe's representations that they were

-22-
COMPLAINT

1  connected to and part of the "Sequoia Group" were part of the reason why APM selected Sequoia

2  Europe to the primary contractor on the North American store build-out projects.  Further, Sequoia

3  Europe is now seeking to go through liquidation since it apparently has negligible assets and cannot

4  pay off its creditors including APM, whereas APM thought it was dealing with the "Sequoia Group,"

5  which purports to have $200 MN per year in revenue.

6

7                      **FIRST CAUSE OF ACTION**

8                      **[Against All Defendants]**

9                      **Breach of Contract**

10     82.     Paragraphs 2-50 and 58-81 are incorporated here by reference.

11     83.     APM and Sequoia Europe had a valid and binding contract that required Sequoia

12  Europe to deliver six retail stores that met APM's retail store requirements for an agreed price on a set

13  schedule.  Sequoia Europe made offers in writing for each store, which APM duly accepted both in

14  writing, and also orally and through conduct such as both sides starting performance and APM sending

15  payments when requested.   For APM, specifically, APM.MC USA, INC. was the contracting party for

16  New York, Las Vegas, Boston, Seattle and Los Angeles, and APM.MC CANADA, INC. was the

17  contracting party for Toronto.

18     84.     In consideration for Sequoia Europe's timely and complete delivery of the stores, APM

19  agreed to pay a set amount for each store, as set forth above.

20     85.     APM paid all of Sequoia Europe's invoices in a timely manner beginning in February of

21  2017.  APM performed all of its obligations under the contract, except those obligations it was excused

22  from performing, which included payments requested under "Revisions" where purported consent was

23  obtained by duress as payments requested for work that had not been performed.

24     86.     Sequoia Europe breached its contract with APM, including by failing to deliver any of

25  the Stores on budget or on time, by failing to pay subcontractors, by delivering Stores with serious

26  flaws that did not meet APM's requirements, and by failing to use funds entrusted to it for particular

27  projects on those projects.

28     87.     Sequoia Europe's breaches were a substantial factor in causing APM extensive damages

1   in the form of rent payments, employee salaries, and lost profits, with the estimated total exceeding

2   $2,000,000 and the exact amount to be proven at trial.

3        88.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's

4   wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as

5   alleged above.

6        89.    In negotiating, entering into, performing under, and breaching the contract, Nevi and

7   Sequoia Europe were acting as partners, joint-venturers, actual, or ostensible agents of the Sequoia

8   Group Defendants, and acting within the scope of their agency or employment, as alleged above, such

9   that the Sequoia Group Defendants are liable for Sequoia Europe's breaches.

10

11   **SECOND CAUSE OF ACTION**

12   **[Against the Sequoia Europe Defendants and Does 1-50]**

13   **Fraud – Intentional or Negligent Misrepresentation**

14        90.    All of the foregoing paragraphs are incorporated here by reference.

15        91.    During the course of the North American construction projects, Nevi, acting as an

16   actual agent of Sequoia Europe and as an actual or ostensible agent of the Sequoia Group Defendants,

17   made several false representations of fact to APM. Among those were statements that Nevi and

18   Sequoia Europe were part of the "Sequoia Group," that Nevi and Sequoia Europe had prior experience

19   working on comparable retail projects in United States, that they were knowledgeable about U.S.

20   building regulations, customs and practices, and that they had ongoing business operations and

21   capabilities in the United States. These statements were made affirmatively by Nevi on phone calls

22   with APM representatives, as alleged above, and should also be implied from the business cards,

23   offers, and invoices Nevi presented to APM.

24        92.    On information and belief, the foregoing statements were false. With respect to Nevi

25   and Sequoia Europe's representations about their supposed affiliation with the "Sequoia Group" only,

26   the foregoing allegation is pled in the alternative, because, beyond what is alleged above, Plaintiffs do

27   not presently know what is actually true. If there is no real connection between Sequoia Europe and

28   the Sequoia Group Defendants, then Nevi and Sequoia Europe committed fraud in making such

-24-
COMPLAINT

1  representations (and the Sequoia Group Defendants remain liable on certain causes of action on an

2  ostensible agency theory).  If there is a real connection, Nevi and Sequoia Europe's representations to

3  this effect are not actionable as fraud, but they support Plaintiff's theory of actual agency, partnership,

4  or joint venture.

5      93.    On information and belief, Nevi knew these representations were false when he made

6  them, or he made them recklessly and without regard for their truth.

7      94.    Alternatively, even if Nevi honestly believed that these representations were true, he

8  had no reasonable grounds for believing them to be true, and thus acted negligently in making these

9  misrepresentations.

10     95.    Nevi intended for APM to rely on these representations.  For example, he knew and

11 intended that APM would rely on these representations as it decided whether to select and hire Nevi

12 and Sequoia Europe as the primary general contractor for the North American retail location build-

13 outs.

14     96.    APM justifiably relied on Nevi and Sequoia Europe's representations.  Nevi and

15 Sequoia Europe successfully completed the Manchester build out without incident, such that APM had

16 no reason to doubt their claimed competency and expertise.  As for whether that competency would

17 translate to the United States, Nevi held himself out as part of the global "Sequoia Group."  The offers

18 and invoices submitted to APM used the "Sequoia Group" logos, some of which affirmatively

19 suggested ongoing business operations in the United States, as well as in Hong Kong and China.

20 Nevi's oral representations to APM playing up his connections to the Sequoia Group Defendants were

21 consistent with his LinkedIN  persona profile which advertises that,

22
      "At the moment I am working as Project Director for Superlsequoia Group, an
      American/Chinese partnership, working internationally with prestigious Companies/

23       Brands, managing the operations on site."

24 And this impression was also consistent with Nevi's LinkedIN explanation of his current position at

25 "Sequoia Europe, Ltd." which again describes a close association with the Sequoia Group Defendants,

26 significant financial backing, and offices in the United States,
      "Sequoia Group

27

28
      Our wood factory is a modern, 350,000 sq ft facility built in 2007. Our metal factory is
      a facility of 100,000 sq ft. We employ about 450 workers in the factory.

-25-
COMPLAINT

> We have a subsidiary parent Company named Superl (Superl Sequoia) which owns 12 other factories making Handbags, Jewelry parts, Powder Coat mdf, Paper Transfer business. Superl has 13,000 workers and annual turnover exceeds $200 million USD.
>
> The Group maintains offices in North Carolina, Massachusetts, Hong Kong, Donguan (China), London and Milan."

97.    APM was harmed, including by loss of rent, salary and profits, all as alleged above.

98.    APM's reliance upon Nevi and Sequoia Europe's representations were a substantial factor in causing damage to APM.

99.    Nevi and Sequoia Europe's conduct was malicious, intentional, and outrageous and constitutes willful and wanton disregard for the rights of APM.

100.    Since Sequoia's materially false representations induced APM to enter into the contract herein alleged, APM is entitled to void the contract with Sequoia Europe and receive all funds paid under the contract to date.

101.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as alleged above.

102.    The Sequoia Europe Defendants and Doe Defendants engaged in the foregoing conduct with malice, oppression, or fraud, such that Plaintiffs are entitled to an aware of punitive and exemplary damages on this cause of action.

103.    The Sequoia Europe Defendants and Doe Defendants' tortious conduct has or will soon require Plaintiffs to protect their interests by bringing or defending actions and claims that are being asserted by unpaid subcontractors and by landlords.  That such claims will now need to be defended or asserted is the natural and probable consequence of defendants' tortious conduct.  Accordingly, under the tort of another doctrine, Plaintiffs seek to recover their attorneys' fees accrued in bringing or defending such claims or actions, as part of the measure of damages on this tort cause of action.

/ / /

-26-
COMPLAINT

**THIRD CAUSE OF ACTION**

**[Against the Sequoia Europe Defendants and Does 1-50]**

**Fraud – False Promise**

104.   All of the foregoing paragraphs are incorporated here by reference.

105.   Nevi, acting as an actual agent of Sequoia Europe and as an actual or ostensible agent of the Sequoia Group Defendants, promised APM that if APM made certain payments for the Los Angeles and Boston stores, Sequoia Europe would use those funds to actually work on the Los Angeles and Boston store construction.

106.   Nevi did not intend to perform this promise when he made it.

107.   Nevi intended that APM rely on this promise.

108.   APM reasonably relied on Nevi's promise.  In addition to facts establishing reasonable reliance as to the intentional misrepresentation claim, it was also reasonable for APM to rely on Nevi's false promise given that he had prepared Offers with budgets and detailed invoices showing how the money was supposed to be used, and given the parties prior course of dealing on other projects.

109.   On information and belief, Sequoia Europe did not perform the promise and he and Sequoia Europe did not actually use the funds on the Los Angeles and Boston projects and instead diverted or embezzled those funds for the personal use of the Individual Defendants.

110.   The only subcontractor who did any substantial work on the LA location, namely the demolition subcontractor, was not paid by Nevi or Sequoia Europe.

111.   APM was harmed by making payments for work that was never completed.

112.   APM's reliance on Sequoia Europe's promise was a substantial factor in causing APM's harm.

113.   The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as alleged above.

114.   The Sequoia Europe Defendants and Doe Defendants engaged in the foregoing conduct with malice, oppression, or fraud, such that Plaintiffs are entitled to an aware of punitive and exemplary damages on this cause of action.

115.     The Sequoia Europe Defendants and Doe Defendants' tortious conduct has or will soon require Plaintiffs to protect their interests by bringing or defending actions and claims that are being asserted by unpaid subcontractors and by landlords.  That such claims will now need to be defended or asserted is the natural and probable consequence of defendants' tortious conduct.  Accordingly, under the tort of another doctrine, Plaintiffs seek to recover their attorneys' fees accrued in bringing or defending such claims or actions, as part of the measure of damages on this tort cause of action.

### FOURTH CAUSE OF ACTION

### [Against the Sequoia Europe Defendants and Does 1-50]

### Fraud - Concealment

116.     All of the foregoing paragraphs are incorporated here by reference.

117.     Sequoia Europe and APM were in a fiduciary relationship because APM entrusted Sequoia Europe with construction funds, bestowing on Sequoia Europe a special duty of care.

118.     Nevi, acting as an actual agent of Sequoia Europe and as an actual or ostensible agent of the Sequoia Group Defendants, intentionally failed to disclose to APM that Sequoia Europe lacked a general contractor license in any U.S. state, and that Sequoia Europe was missing payments to subcontractors.

119.     Nevi, acting as an actual agent of Sequoia Europe and as an actual or ostensible agent of the Sequoia Group Defendants, intentionally failed to disclose certain facts known only to him, including those alleged above, which APM could not have discovered.

120.     Nevi, acting as an actual agent of Sequoia Europe and as an actual or ostensible agent of the Sequoia Group Defendants, prevented APM from discovering certain facts, including those alleged above, by acting as if he had paid the contractors, while simultaneously ignoring and refusing APM's repeated requests that he send documentation that would show whether all subcontractors had been paid.

121.     APM did not know of the concealed facts.

122.     Sequoia Europe intended to deceive APM by concealing the facts.

123.     Had the omitted information been disclosed, APM would have terminated the

-28-
COMPLAINT

1  relationship and chosen a more honest and competent contractor to complete the project.

2      124.    APM was harmed by its continued payments to Sequoia Europe, to rent for retail stores

3  that remained unopened, and to already-hired employees who could not begin work.

4      125.    Sequoia Europe's concealment was a substantial factor in causing APM's harm.

5      126.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's

6  wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as

7  alleged above.

8      127.    The Sequoia Europe Defendants and Doe Defendants engaged in the foregoing conduct

9  with malice, oppression, or fraud, such that Plaintiffs are entitled to an aware of punitive and

10  exemplary damages on this cause of action.

11      128.    The Sequoia Europe Defendants and Doe Defendants' tortious conduct has or will soon

12  require Plaintiffs to protect their interests by bringing or defending actions and claims that are being

13  asserted by unpaid subcontractors and by landlords.  That such claims will now need to be defended or

14  asserted is the natural and probable consequence of defendants' tortious conduct.  Accordingly, under

15  the tort of another doctrine, Plaintiffs seek to recover their attorneys' fees accrued in bringing or

16  defending such claims or actions, as part of the measure of damages on this tort cause of action.

17

18  **FIFTH CAUSE OF ACTION**

19  **[Against the Sequoia Europe Defendants and Does 1-50]**

20  **Breach of Implied Covenant of Good Faith and Fair Dealing**

21      129.    All of the foregoing paragraphs are incorporated here by reference.

22      130.    APM and Sequoia Europe reached a valid agreement for construction of the Stores, as

23  set forth above.

24      131.    APM substantially performed its obligations by paying Sequoia Europe's invoices, or

25  had a valid excuse for nonperformance in any instances where Sequoia Europe sent invoices for

26  payments it had not earned.

27      132.    Nevi, acting as an actual agent of Sequoia Europe and as an actual or ostensible agent of

28  the Sequoia Group Defendants, unfairly interfered with APM's right to receive the benefits of the

1 | contract by misrepresenting the status of the projects, withholding payment from subcontractors who

2 | needed the funding to complete their respective tasks, and deliberately slowing down progress of the

3 | stores.

4      133.    Each day that Sequoia Europe interfered with the contract by deliberately delaying

5 | construction, APM suffered additional damages in the form of rent payments, employee salaries, and

6 | lost profits.

7      134.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's

8 | wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as

9 | alleged above.

10

11                         **SIXTH CAUSE OF ACTION**

12             **[Against the Sequoia Europe Defendants and Does 1-50]**

13      **Recovery of Payment to Unlicensed Contractor (Bus. & Prof. Code § 7031(b))**

14      135.    All of the foregoing paragraphs are incorporated here by reference.

15      136.    APM engaged Sequoia Europe to provide general contractor services in six locations

16 | across North America, including California.

17      137.    Under Cal. Bus & Prof. Code § 7031(b), "a person who utilizes the services of an

18 | unlicensed contractor may bring an action in any court of competent jurisdiction in this state to recover

19 | all compensation paid to the unlicensed contractor for performance of any act or contract."

20      138.    According to the California Department of Consumer Affairs' Contractors State License

21 | Board, there is no active general contractor's license for "Sequoia Europe Ltd" or "Lucio Nevi." On

22 | information and belief, Nevi and Sequoia Europe are not licensed anywhere in the USA or Canada.

23      139.    APM paid Sequoia Europe a total of approximately $2,061,351.97 for contractor

24 | services to be performed in the six locations across North America. Of that sum, $571,640.32 was for

25 | services in California. APM is entitled to recover the entire amount paid to Sequoia Europe as an

26 | unlicensed contractor or, at a minimum, the amount paid for services in California.

27      140.    For the reasons alleged above, all defendants should be held liable for Sequoia Europe's

28 | and Nevi's conduct on this cause of action.

141.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as alleged above.

**SEVENTH CAUSE OF ACTION**

**[Against the Sequoia Europe Defendants and Does 1-50]**

**Conversion**

142.    All of the foregoing paragraphs are incorporated here by reference.

143.    APM turned over and entrusted to Sequoia Europe specific, definite sums of money for use on the Boston build-out, and APM also turned over to Sequoia Europe specific, definite sums of money for use on the Los Angeles build-out.  APM sent these payments as follows:

(a) For Los Angeles:

      i.   €155,023.74 on August 16, 2017

      ii.   $186,038.00 on September 14, 2017

      iii.   $181,871.00 on October 13, 2017

(b) For Boston:

      i.   £34,932.48 on February 28, 2017

      ii.   £11,167.70 on May 16, 2017

      iii.   €54,410.30 on July 14, 2017

      iv.   $1,133.81 on July 13, 2017

      v.   $3,430.00 on August 8, 2017

      vi.   $64,918.30 on September 14, 2017

      vii.   $65,659.00 on October 17, 2017

      viii.   $689.60 on November 16, 2017

144.    The total amount turned over for Los Angeles, converted to U.S. dollars, is $571,640.32, and the total amount turned over for Boston, converted to U.S. dollars, is $266,731.56.

145.    Sequoia Europe intentionally and substantially interfered with these sums of money by failing to utilize the money on the Boston and Los Angeles projects and by, on information and belief,

-31-
COMPLAINT

1   instead converting this money to unauthorized purposes, including the personal and private benefit of

2   Sequoia Europe, the Individual Defendants, and the Does.

3       146.   APM demanded that Sequoia Europe return these sums of money and provide an

4   accounting, but Sequoia Europe refused to return the money and has not provided an accounting.

5       147.   APM did not consent to Sequoia Europe converting these sums of money to its own

6   purposes or to using these sums for other projects for APM.

7       148.   APM was harmed by Sequoia Europe converting these sums of money to its own

8   purposes because, for example, subcontractors who worked on the Boston and LA projects were not

9   paid by Sequoia Europe, and have looked to APM for payment, even though Sequoia Europe was

10  supposed to use the sums entrusted to it for these projects to pay subcontractors on these projects.

11      149.   Sequoia Europe's conduct was a substantial factor in causing APM's harm.

12      150.   The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's

13  wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as

14  alleged above.

15      151.   The Sequoia Europe Defendants and Doe Defendants engaged in the foregoing conduct

16  with malice, oppression, or fraud, such that Plaintiffs are entitled to an aware of punitive and

17  exemplary damages on this cause of action.

18      152.   The Sequoia Europe Defendants and Doe Defendants' tortious conduct has or will soon

19  require Plaintiffs to protect their interests by bringing or defending actions and claims that are being

20  asserted by unpaid subcontractors and by landlords.  That such claims will now need to be defended or

21  asserted is the natural and probable consequence of defendants' tortious conduct.  Accordingly, under

22  the tort of another doctrine, Plaintiffs seek to recover their attorneys' fees accrued in bringing or

23  defending such claims or actions, as part of the measure of damages on this tort cause of action.

24  / / /

25

26

27

28

-32-
COMPLAINT

**EIGHTH CAUSE OF ACTION**

**[Against the Sequoia Europe Defendants and Does 1-50]**

**Violations of California's Uniform Voidable Transactions Act (Cal. Civ. Code § 3439)**

153.    All of the foregoing paragraphs are incorporated here by reference.

154.    California's Uniform Voidable Transactions Act ("UVTA") makes certain transfers unlawful and provides that they can be voided by a creditor if the transfers were done with intent to defraud (Cal. Civ. Code § 3439.04(a)(1)), if they were constructively fraudulent (Cal. Civ. Code § 3439.04(a)(2)) , or if the debtor was or became insolvent at the time of the transaction (Cal. Civ. Code § 3439.05).  Plaintiffs assert all three types of claim against the Sequoia Europe Defendants and the Doe Defendants, under both California's UVTA and, to the extent applicable, under the U.K.'s Insolvency Act of 1986, Part XVI, Sections 423-25 (Provisions Against Debt Avoidance), which provides for similar relief.

155.    APM has a right to payment from Sequoia Europe for a refund of monies advanced for the Los Angeles and Boston stores, despite the fact that Sequoia Europe effectively abandoned these locations and did little, if any, work on them.  APM also has a right to payment from Sequoia Europe insofar as Plaintiffs have assumed and/or satisfied claims asserted by subcontractors who were supposed to be paid by Sequoia, who have looked to APM for payment for the work they performed on APM store locations after Sequoia Europe failed to pay them.

156.    On information and belief, Lucio Nevi and Sequoia Europe transferred money or property to, or incurred obligations on behalf of, the Individual Defendants and the Doe Defendants with intent to hinder, delay, or defraud one or more of Sequoia Europe's creditors.  In so doing, Nevi and Sequoia Europe intended to make it more difficult for Sequoia Europe's creditors to collect payment.

157.    On information and belief, Sequoia Europe did not receive reasonably equivalent value in exchange for its transfers of money or property to the Individual Defendants and to the Doe Defendants, or for incurring obligations on their behalves.

158.    Sequoia Europe entered into transactions with APM and with subcontractors when Sequoia Europe's remaining assets were unreasonably small for the transactions.

159.   Sequoia Europe intended to incur debts beyond its ability to pay them as they became due, or Sequoia Europe believed or reasonably should have believed that it would incur debts beyond its ability to pay as they became due.

160.   Sequoia Europe was insolvent at the time it made transfers or incurred obligations, or it became insolvent at the time it made such transfers or incurred such obligations.

161.   On information and belief, Nevi and Sequoia Europe made gifts to the Individual Defendants and the Doe Defendants, or Sequoia Europe entered into transactions with the Individual Defendants or the Doe Defendants on terms that provided for Sequoia Europe to receive no consideration.

162.   Alternatively, on information and belief, Nevi and Sequoia Europe entered into transactions with the Individual Defendants or the Doe Defendants on terms that provided for a consideration, the value of which (in money or money's worth) was significantly less (in money or money's worth) than the value of the consideration provided by Sequoia Europe.

163.   Nevi and Sequoia Europe entered into transactions for the purpose of putting assets beyond the reach of APM and Sequoia Europe's other creditors, or such transactions otherwise prejudiced the interests of APM and Sequoia Europe's other creditors in relation to their claims against Sequoia Europe.

164.   Plaintiffs were harmed by Sequoia Europe's transfers.

165.   Sequoia Europe's conduct was a substantial factor in causing Plaintiffs' harm.

166.   The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as alleged above.  The Individual Defendants and Doe Defendants are also directly liable on this cause of action to the extent they were transferred any money or property or relieved of obligations by Sequoia Europe.

167.   On this cause of action, Plaintiffs are entitled to avoid the transfers or obligations made by Sequoia Europe, to attach or seek other provisional remedies against the asset or property transferred, to seek an injunction against further disposition by Sequoia Europe or by a transferee, or both, of assets or property transferred, to the appointment of a receiver to take charge of the transferred

-34-
COMPLAINT

1 | property or assets, and to "any other relief the circumstances may require." *See* Cal. Civ. Code §
2 | 3439.07(a).

3 | ### NINTH CAUSE OF ACTION

4 | **[Against the Sequoia Europe Defendants and Does 1-50]**

5 | **Intentional Interference with Prospective Economic Relations**

6 | 168.   All of the foregoing paragraphs are incorporated here by reference.

7 | 169.   APM secured commercial leases in six prominent retail locations across North America
8 | for its new stores, which would have resulted in a future economic benefit to APM in the form of retail
9 | jewelry sales at those stores situated in high-end shopping centers.

10 | 170.   Sequoia Europe knew or should have known of this economic relationship, because,
11 | among other reasons, APM told Sequoia Europe when the rental term would begin and specifically
12 | notified Sequoia Europe that if the stores opened late, APM would lose out on sales.  Further, it was
13 | obvious that the stores were in a shopping mall.

14 | 171.   Sequoia Europe engaged in wrongful conduct, as alleged above, which includes lying
15 | about its qualifications, experience, and ability; lying about progress on the jobs; deliberately slowing
16 | down construction in Seattle and Los Angeles; and withholding payments to subcontractors.

17 | 172.   By engaging in this wrongful conduct, Sequoia Europe intended to disrupt APM's
18 | economic relations with its prospective customers at the stores to be opened, or Sequoia Europe knew
19 | that disruption of this relationship was certain or substantially certain to occur.

20 | 173.   APM's relationships with its landlords and prospective customers were disrupted by
21 | Sequoia Europe's conduct because, among other reasons, the stores did not open on time, such that
22 | APM had to pay rent, but the stores were not open, so APM had no sales against which to offset the
23 | rental expense.

24 | 174.   APM was harmed by its inability to open stores on time and make sales to customers,
25 | while still paying rent for those stores.

26 | 175.   Sequoia Europe's wrongful conduct was a substantial factor in causing APM's harm.

27 | 176.   The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's
28 | wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as

1   alleged above.

2        177.   The Sequoia Europe Defendants and Doe Defendants engaged in the foregoing conduct

3   with malice, oppression, or fraud, such that Plaintiffs are entitled to an aware of punitive and

4   exemplary damages on this cause of action.

5        178.   The Sequoia Europe Defendants and Doe Defendants' tortious conduct has or will soon

6   require Plaintiffs to protect their interests by bringing or defending actions and claims that are being

7   asserted by unpaid subcontractors and by landlords. That such claims will now need to be defended or

8   asserted is the natural and probable consequence of defendants' tortious conduct. Accordingly, under

9   the tort of another doctrine, Plaintiffs seek to recover their attorneys' fees accrued in bringing or

10   defending such claims or actions, as part of the measure of damages on this tort cause of action.

11

12                **TENTH CAUSE OF ACTION**

13                **Against all Defendants**

14     **[Negligent Interference with Prospective Economic Relations]**

15        179.   Paragraphs 2-50 and 58-81 are incorporated here by reference.

16        180.   APM secured commercial leases in six prominent retail locations across North America

17   for its new stores, which would have resulted in a future economic benefit to APM in the form of retail

18   jewelry sales at those stores situated in high-end shopping centers.

19        181.   Sequoia Europe knew or should have known of this economic relationship, because,

20   among other reasons, APM told Sequoia Europe when the rental term would begin and specifically

21   notified Sequoia Europe that if the stores opened late, APM would lose out on sales. Further, it was

22   obvious that the stores were in a shopping mall.

23        182.   Sequoia Europe knew or should have known that APM's economic relationship with its

24   customers and commercial landlord would be disrupted and that APM would lose out on sales, while

25   still paying rent, if Sequoia Europe failed to act with reasonable care.

26        183.   Sequoia Europe failed to act with reasonable care and engaged in wrongful conduct by

27   breaching the contract, waiting an unreasonable amount of time to apply for permits and otherwise

28   begin work, letting whole job sites sit idle for months at a time while nobody worked on them, falling

-36-<br>COMPLAINT

1 behind schedule, hiring an unqualified Italian work crew, and ultimately delivering the stores after
2 APM had to start paying rent and well after what the parties had actually agreed to.

3      184.    By engaging in this wrongful conduct, Sequoia Europe intended to disrupt APM's
4 economic relations with its prospective customers at the stores to be opened, or Sequoia Europe knew
5 that disruption of this relationship was certain or substantially certain to occur.

6      185.    APM's relationships with its landlords and prospective customers were disrupted by
7 Sequoia Europe's conduct because, among other reasons, the stores did not open on time, such that
8 APM had to pay rent, but the stores were not open, so APM had no sales against which to offset the
9 rental expense.

10      186.    APM's was harmed by its inability to open stores on time and make sales to customers,
11 while still paying rent for those stores.

12      187.    Sequoia Europe's wrongful conduct was a substantial factor in causing APM's harm.

13      188.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's
14 wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as
15 alleged above.

16      189.    In negligently interfering with APM's prospective economic relations, Nevi and
17 Sequoia Europe were acting as the partners, joint-venturers, actual, or ostensible agents of the Sequoia
18 Group Defendants, and acting within the scope of their agency or employment, as alleged above, such
19 that the Sequoia Group Defendants are liable for Sequoia Europe's negligent conduct.

20      190.    The Sequoia Europe Defendants and Doe Defendants' tortious conduct has or will soon
21 require Plaintiffs to protect their interests by bringing or defending actions and claims that are being
22 asserted by unpaid subcontractors and by landlords.  That such claims will now need to be defended or
23 asserted is the natural and probable consequence of defendants' tortious conduct.  Accordingly, under
24 the tort of another doctrine, Plaintiffs seek to recover their attorneys' fees accrued in bringing or
25 defending such claims or actions, as part of the measure of damages on this tort cause of action.
26 / / /
27
28

-37-
COMPLAINT

### ELEVENTH CAUSE OF ACTION

**[Against the Sequoia Europe Defendants and Does 1-50]**

**Unfair Competition (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)**

191.    All of the foregoing paragraphs are incorporated here by reference.

192.    Sequoia Europe committed unlawful and fraudulent acts in the course of its business, as set forward in the preceding causes of action.

193.    APM suffered an economic injury-in-fact through Sequoia Europe's unlawful acts, by paying hundreds of thousands of dollars for construction work that was not completed.

194.    APM's economic injury was caused by the unlawful act of Sequoia Europe.

195.    The Individual Defendants and Doe Defendants are also liable for Sequoia Europe's wrongful conduct under the doctrines of piercing the corporate veil, alter-ego, and civil conspiracy, as alleged above.

### TWELFTH CAUSE OF ACTION

**[Against Sequoia Europe and Lucio Nevi]**

**Accounting and Constructive Trust**

196.    All of the foregoing paragraphs are incorporated here by reference.

197.    Sequoia Europe owed fiduciary duties to APM, by virtue of APM entrusting Sequoia Europe with construction funds.

198.    As a fiduciary, Sequoia Europe has a duty to account for the construction funds entrusted to it, as APM has been unable to determine the exact amount APM is owed through good-faith negotiations.

199.    As a result, a constructive trust should be imposed to compel the transfer of funds that Sequoia Europe is wrongfully withholding from APM.

**PRAYER FOR RELIEF**

Accordingly, APM hereby prays for the following relief, as according to proof at trial:

A.   General, special, and consequential damages, in an amount of at least $2,000,000;

B.   Restitution, including recovery of all payments made to Sequoia Europe;

C.   Avoidance of the contract induced by fraud;

D.   Avoidance of voidable transfers, pre-judgment attachment, and other injunctive relief made available under California's Uniform Voidable Transfers Act, Cal. Civ. Code § 3439.07;

E.   Punitive and exemplary damages, on the intentional tort causes of action;

F.   Pre-judgment and post-judgment interest, at the rates provided by law;

G.   Costs on all causes of action;

H.   Attorneys' fees, under the tort of another doctrine, as a measure of damages on the tort causes of action;

I.   For an accounting of how all funds paid to Sequoia Europe were spent;

J.   For a constructive trust;

K.   For other injunctive and equitable relief;

L.   For such other relief as may be just and proper, as conforms to proof.

**DEMAND FOR JURY TRIAL**

Plaintiffs herby demand a jury trial on all issues so triable.

Respectfully submitted,

GERARD FOX LAW, P.C.

DATED: January 11, 2018          BY:

Morgan E. Pietz
Trevor C. Maxim

*Attorneys for Plaintiffs*

-39-
COMPLAINT

# EXHIBIT 1

EXHIBIT 1



**Lucio Nevi**
*Director*
Mobile: +44 (0) 79 2937 7986
eMail: lucionevi@sequoiaeurope.com

Sequoia Europe Ltd                        www.sequoiaeurope.com
UK : 44 Squires Lane, N3 2AT London   Tel: +44 20 3529 7057 Fax: +44 20 7855 3784
Italia: P.za Sant'Erasmo 5, 2012? Milano  Tel: +39 02 4507 7833 Fax: +39 02 9366 4131



**Tommaso Cappiello**
*Project & Site manager*
Mobile: +44 (0) 77 3736 9127
eMail: tommasocappiello@sequoiaeurope.com

Sequoia Europe Ltd                        www.sequoiaeurope.com
UK : 44 Squires Lane, N3 2AT London   Tel: +44 20 3529 7057 Fax: +44 20 7855 3784
Italia: P.za Sant'Erasmo 5, 20121 Milano  Tel: +39 02 4507 7833 Fax: +39 02 9366 4131

# EXHIBIT 2

EXHIBIT 2

**Sequoia Europe Ltd**
UK:   44 Squires Lane, N3 2AT London   Tel: +44 20 3529 7057 Fax: +44 20 7855 3784

www.sequoiaeuropa.com - info@sequoiaeuropa.com

Europe
United States
Hong Kong
China



VAT REGISTRATION NUMBER: GB 134 2871 21

For The Attention Of :
Andrea Sovilla" <asovilla@apm.mc

Kind attention:
Mr.Andrea Sovilla

APM ENGLAND LTD
APM LONDON
3 Moloson Street
W1Y 1DH
London UK
GB233188095

**Payment term:**
*40% on invoice sight – 50% on delivery - 10% 30 day after the end of the works*
By money transfer to: HSBC Bank Plc
Sort code: 40-03-01 - Account n.: 31520776
SWIFT: MIDLGB22 - IBAN: GB65MIDL40030131520776

| Invoice number: | 06SEQAPM |
|---|---|
| Date: | 30-Nov-16 |

| Description | Pcs | Price | Note | Total amount |
|---|---|---|---|---|
| APM in Manchester - Harvey Nichols - United Kingdom | | | | |
| | | | | |
| F129 – Collumns vetrine | 3 | € 2,400.00 | Without lights | € 7,200.00 |
| Base for corner triangle shape – cabinets included | 9.3 | € 2,100.00 | | € 19,530.00 |
| F110 – Table showcase with 4 trays | 7 | € 1,495.00 | Without lights | € 10,465.00 |
| F181 : | | | | |
| Logo Apm | 7 | € 280.00 | | € 1,960.00 |
| Sale unit | 3 | € 364.00 | Only top | € 1,092.00 |
| Cash desk | 1 | € 364.00 | Only top | € 364.00 |
| Column cover | 4 | € 308.00 | | € 1,232.00 |
| Wall -Covered with linen | 5.4 | € 370.00 | | € 1,998.00 |
| Fitting operation, including: | 1 | € 8,100.00 | | € 8,100.00 |
| Crew | | | | |
| Hotel and boarding | | | | |
| Waste disposal and final cleaning | | | | |
| Travel | | | | |
| Wooden floor – supply and fit | 17m2 | € 60.00 | | € 1,020.00 |
| Transport to site | 1 | € 5,000.00 | | € 5,000.00 |

| | | Total Nett | € 57,961.00 |
|---|---|---|---|
| *All amounts are in Great Britain Pounds and Euro* | | VAT 20% | € 11,592.20 |
| | | **Total** | **€ 69,553.20** |
| | | Total in GBP | £ 59,500.20 |

SEQUOIA EUROPE LTD - COMPANY REGISTRATION NO: 8078566 - REGISTERED IN ENGLAND & WALES
REGISTERED OFFICE: 44 SQUIRES LANE, FINCHLEY, N3 2AT

# EXHIBIT 3

EXHIBIT 3

| | |
|---|---|
| **From:** | Lucio Nevi |
| **To:** | Andrea Sovilla |
| **Subject:** | Sequoia Offer - New York |
| **Date:** | Wednesday, January 18, 2017 10:23:34 AM |
| **Attachments:** | New York Sequoia Offer (2 files merged).pdf |

Dear Andrea,

I hope you are happy about our work in Manchester.

Please find attached our best offer regarding your Apm Boutique project in New York.

The total amount  is € 267.419

(Millworks + Building Works)

The condition of payments are the following:

1) 30 % on order

2) 20 % on site opening

3) 20 % on millworks delivery

4) 20 % end of the works

10) 10% 60 days from the end of the works.

Please feel free to ask for any explanation you may need.

Thank you in adavance and best regards,

Lucio Nevi

SEQUOIA EUROPE LTD
APM
Millwork NY

UK:   44 Squires Lane, N3 2AT London   Tel: +44 20 3529 7057  Fax: +44 20 7855 3784



| | Pcs | Price | Note | Total amount |
|---|---|---|---|---|
| F129 | 6 | 2400 | | 14400 |
| Table 1750 x 1300mm with n.2 glass caskets 65 x 65 plus N° 2 works pace | 2 | 3380 | | 6760 |
| F124 Mirror | 1 | 870 | | 870 |
| F135 | 2 | 1350 | | 2700 |
| F181 | 1 | 1030 | | 1030 |
| F180 | 1 | 2040 | | 2040 |
| Table behind   cashdesk   1600 x 1800 | 1 | 1130 | | 1130 |
| Round table | 1 | 1950 | | 1950 |
| F124 Stool 75h | 4 | 520 | | 2080 |
| F125B Stool with backrest 85h | 2 | 730 | | 1460 |
| F125A Chair | 4 | 730 | | 2920 |
| Monitor Samsung DM82" or da 92" included leather frame | 1 | 8500 | | 8500 |
| Monitor Samsung DM75" included leather frame (bookshelf wall with cones) | 1 | 4800 | | 4800 |
| F117C | 4 | 1380 | | 5520 |
| F118 | 2 | 1225 | | 2450 |
| F119C | 2 | 1400 | | 2800 |
| F127 table | 1 | 1350 | | 1350 |
| F128 mirror | 1 | 1560 | | 1560 |
| F133 | 1 | 1360 | | 1360 |
| F164 Cash desk formed with: (2 F185C) with cones in front | 1 | 5100 | | 5100 |
| Panel WD01 | 4 | 1352 | | 5408 |
| Wall with white linen | sqm 57 | 169 | | 9633 |
| Wall with blu linen. Include n1 door | sqm 26 | 169 | | 4394 |
| Pink trim/profile 10 mm x 10 mm | lm 26 | 19 | | 494 |
| Pink trim/profile 10 mm x 6 mm | lm180 | 15 | | 2700 |
| Special mirror with leather frame 1300 x h 3000 mm | 1 | 1690 | | 1690 |
| Rug 8000 x 2250 | 1 | 1500 | | 1500 |
| System Bose FreeSpace3 | 4 | 12500 | | 12500 |
| Amplifier IZA.... | 2 | | Included | |
| CCTVsystem  with 9/10 camera | 1 | 15500 | | 15500 |
| Intruder alarm | 1 | 4300 | | 4300 |
| Internal logo | 2 | 280 | | 560 |
| External logo | 1 | 280 | | 280 |
| External logo flag style | 1 | 800 | | 800 |
| Wood floor | 98 | 60 | | 5880 |
| Project management and coordination | 1 | 4800 | | 4800 |
| Total Lights and Electrician for Millwork | 1 | 6000 | | 6000 |
| Millwork installation | 1 | 9600 | | 9600 |
| | | | | |
| Total amount | | | | 156.819,00 € |
| Vat | | Not included | | |

SEQUOIA EUROPE LTD        UK:  44 Squires Lane, N3 2AT London   Tel: +44 20 3529 7057  Fax: +44 20 7855 3784
APM
List of work NY - GC



Sequoia Group

| | Qty | Cost | Note | Total amount |
|---|---|---|---|---|
| Chase existing floor | | 4800 | | 4800 |
| Run electric wiring inside the floor | Lumpsum | 4000 | n.15 electric floor power point | 4000 |
| Levelling compound for new flooring | | 3000 | | 3000 |
| Lay new floor | 115 sqm | 5600 | Inside wooden floor | 5600 |
| Decorate ceiling, no drywall | 115 sqm | 6000 | | 6000 |
| Supply and install ceiling light with suspended truck | Lumpsum | 2800 | n.11 suspended trucks + 50 Led lights 3000°K | 2800 |
| Supply and instal floor light | Lumpsum | 5800 | n.72 Floor lights 3W Led 4000°K | 5800 |
| External decoration RAL 5004 | 30 sqm | 2000 | | 2000 |
| Organise internet connection | 1 | 600 | | 600 |
| Organise all the permit required /unicon, planning appliation | 1 | 14000 | | 14000 |
| Air Freight, dispatch, import and delivery | 1 | 15000 | | 15000 |
| Survey and local architect | 1 | 6000 | Lumpsum | 6000 |
| Certificate | 1 | 5000 | | 5000 |
| Flights, Hotel and boarding | 1 | 16000 | Lumpsum | 16000 |
| Scaffolding/tower, rubbish removal, cleaning, supervision, parking, skips, planning application and contingency | 1 | 20000 | | 20000 |
| Total Amount | | | | 110.600,00 € |

# EXHIBIT 4

EXHIBIT 4

| | |
|---|---|
| **From:** | Lucio Nevi |
| **To:** | Andrea Sovilla |
| **Subject:** | Toronto - Sequola offer no.1 |
| **Date:** | Thursday, January 26, 2017 2:38:24 AM |
| **Attachments:** | APM Monaco-TORONTO-Offer 1.xlsx |

Dear Andrea,

please find attached our best offer regarding your project in Toronto,
Apm boutique.

Please feel free to contact me for any query you may have.

Thank you in advance and best regards,

Lucio Nevi

| | | |
|---|---|---|
| shop name | APM TORONTO | |
| city | Toronto | |
| country | CANADA | |
| shop size sqm | 105 | |
| Forecast opening date | 01.05.17 | |

**Sequola**

UK:  44 Squires Lane, N3 2AT London   Tel: +44 1864840858  Fax: +44 20 7855 3784

| Furniture | Quantity | Size | unit rate € | Total € | price/sqm | Note Offer no.1 London, 26th January 2017 |
|---|---|---|---|---|---|---|
| **Items including graphics and lightboxs** | | | | | | |
| **Mobiliary (FXXX)** | | | | | | |
| F117 | 6 | | 1,400 | 8,400 | | |
| F118 | 2 | | 1,200 | 2,400 | | |
| F119 | 3 | | 1,500 | 4,500 | | |
| F120 | 3 | | 1,450 | 4,350 | | |
| F111 (2X2) | 4 | | 1,500 | 6,000 | | |
| F104 | 4 | | 990 | 3,960 | | |
| F153 | - | | | - | | |
| F185 | 4 | | 1,250 | 5,000 | | |
| F126 Manniere | 1 | | 900 | 900 | | |
| F124 | 2 | | 870 | 1,740 | | |
| F127 | - | | | - | | |
| F178 | - | | | - | | |
| F129 | 6 | | 700 | 4,200 | | Only Top and Glass-Marble pedestal by Client |
| FXXX (3.00X1.6M) | - | | | - | | |
| FXXX | - | | | - | | |
| F124A | 5 | | | - | | By Client |
| F125A | 4 | | | - | | By Client |
| F125B | 3 | | | - | | By Client |
| F175 | 1 | | 800 | 800 | | |
| F177 W2 | 1 | | 280 | 280 | | |
| SF180 | 1 | | 2,040 | 2,040 | | |
| SF181 | - | | | - | | |
| F185C | 3 | | 2,050 | 6,150 | | |
| Office furniture | 1 | | 700 | 700 | | Table + 4 chairs |
| -Storage rack | | | | - | | |
| TV frame in leather | 2 | | 150 | 300 | | Included |
| Poster frame | 1 | | 150 | 150 | | |
| -2 heads AR111 | 15 | | 110 | 1,650 | | |
| -4 heads AR111 | 10 | | 130 | 1,300 | | |
| -L15 | 53 | | 40 | 2,120 | | Ceiling 3w led 3000k |
| -L15F | 72 | | 48 | 3,456 | | Floor 3w led 3000k |
| -L19 | | | | - | | |
| -Floor Lamp | | | | - | | |
| -additional LED lights bar for marble column | - | | | - | | |
| Marble tower table | - | | | - | | |
| Graphics lightboxs | | 8.40 | 50 | 420 | | |
| Lightboxs system | 2 | | 500 | 1,000 | | |
| Linen wall | | 110.0 | 189 | 20,790 | | |
| Carpet | | 18.0 | 60 | 1,080 | | |
| Rose gold trim | | 240 | 20 | 4,800 | | Pink trim/profile 10 mm x 6 mm |
| Pyramide wall | - | | | - | | |
| CCTV Cameras (7 cam) | 1 | | 13,300 | 13,300 | | |
| Music Bose | 4 | | | 12,500 | | |
| Led TV (82inch) | 1 | | 9,800 | 9,800 | | |
| Led TV (75inch) | 1 | | 6,797 | 6,797 | | |
| POS system | | | | - | | By Client |
| Telephone/IT system equipment | 1 | | 500 | 500 | | |
| **Total Furniture** | | | | 131,383 | 1,251.27 | |
| **Fit out demolition and electrical works** | | | | - | | |
| Installation cost | | | 11,900 | 11,900 | | |
| Demolition work | | | 3,000 | 2,000 | | |
| Hoarding erection and removals and garbage | | | 5,000 | 5,000 | | Skip |
| Hoarding graphics requested by LL (mall shops palissade) | | | | - | | By Client |
| Building work ceiling | | | 7,000 | 7,000 | | |
| Wall | | | 4,700 | 4,700 | | |
| Pumbling & Drainage works | | | 4,900 | 4,900 | | |
| Supply & Install flooring | | | 6,200 | 6,200 | | |
| Electrical works | | | 6,900 | 6,900 | | |
| Air conditioning | | | 11,500 | 11,500 | | |
| ELV installation | | | | 780 | | |
| FS installation | | | | 6,800 | | |
| Engineer to certify the shop the shop front structure | | | 5,800 | 5,800 | | No |
| Cleaning Façade | 1 | | 600 | 600 | | |
| Painting Façade | 1 | | 2,000 | 2,000 | | |
| **Total Fit out demolition and electrical works** | | | | 76,080 | 724.57 | |
| **Specific new shops** | | | | | | |
| Building work, walls, doors & Hardware | | | 14,000 | 14,000 | | |
| Supply & install timber flooring with levelling | | 105 | 149 | 15,645 | | |
| Façade | | | | | | |
| Shop front metal cladding | | | | | | No |
| Shop front glazing | | | | | | No |
| Metal frame glass door | | | | | | No |
| APM Shop front logo F178-W4 | 1 | | | 600 | | |
| APM Shop Flag logo | 1 | | | 800 | | |
| Outdoor Canopy (street shops) | 1 | | 3,000 | 3,000 | | |
| Roller shutter | | | | | | No |
| Fire hosereel door c/w blue metal cladding and hinge | | | | - | | No |
| **Total Specific new shop** | | | | 34,045 | | |
| **Preliminary work** | | | | | | |
| Government statutory fees | | | 2,500 | 2,500 | | |
| Provision of security guard for night works | | | | - | | No |
| Private certifier fees to construction and occupation cerylificates | | | 3,000 | 3,000 | | |
| **Total Preliminary work** | | | | 5,500 | 52.38 | |
| **Delivery costs** | | | | | | |
| Delivery costs (to SH) | 1 | | 6,000 | 6,000 | | |
| Survey and local architect | | | 5,600 | 5,600 | | |
| Flights, Hotel and boarding | | | 9,800 | 9,850 | | |
| Air Freight, dispatch, import and delivery | | | 9,000 | 9,000 | | |
| Tools, scaffolding, site cleaning and contingency | | | 14,400 | 14,400 | | |
| Temporary storage furniture | | | 2,400 | 2,400 | | |
| Custom clearances | | | 15,500 | 15,500 | | |

| Total delivery costs | 62,750 | 597,62 |
| Total Project | 309,758 | 7,950,08 |

# EXHIBIT 5

EXHIBIT 5

| | |
|---|---|
| **From:** | Lucio Nevi |
| **To:** | Andrea Sovilla |
| **Subject:** | Las Vegas - Offer no.1-Apm |
| **Date:** | Monday, January 30, 2017 3:29:11 AM |
| **Attachments:** | APM Monaco-LAS VEGAS - Sequoia rev.1.xlsx |

Dear Andrea,

as per your kind request, please find attached our best offer regarding your project in Las Vegas.

Please let us know something as soon as possible.

Thank you again and best regards,

Lucio Nevi

| shop name | APM LAS VEGAS | | SEQUOIA EUROPE LTD. | | | | |
|---|---|---|---|---|---|---|---|
| city | LAS VEGAS | | UK:   44 Squires Lane, N3 2AT London   Tel: +44 20 3529 7057  Fax: +44 20 7855 3784 | | | | |
| country | USA | | | | | | |
| shop Size sqm | 48 | | | | | | |
| Forecast opening date | 01.05.2017 | | Quantity | Size | unit rate € | Total € | price/sqm | Note |
| Furniture | London, 30th January 2017 – Rev.1 | | | | | | | |
| | Items including graphics and lightboxs | | | | | | | |
| | Mobiliary (FXXX) | | | | | | | |
| | F117 | 3 | | 1,400 | 4,200 | | |
| | F118 | 1 | | 1,200 | 1,200 | | |
| | F119 | 1 | | 1,500 | 1,500 | | |
| | F119 A | - | | | | | |
| | F120 | - | | | | | |
| | TA8 6 | 1 | | 2,600 | 2,600 | | |
| | F111 | - | | | | | |
| | F104 | - | | | - | | |
| | F133 | 2 | | 1,360 | 2,720 | | |
| | F135 | 2 | | 1,250 | 2,500 | | |
| | F126 Mariniere | 1 | | 900 | 900 | | |
| | F124 Mirror | 1 | | 870 | 870 | | |
| | F127 | - | | | - | | |
| | F128 Mirror | 1 | | 1,560 | 1,560 | | |
| | F129 | 4 | | 700 | 2,800 | | Only Top and Glass-Marble pedestal by Client |
| | FXXX (3.00X1.6M) | - | | | - | | |
| | FXXX | - | | | - | | |
| | F124A | 3 | | | - | | By Client |
| | F125A | 3 | | | - | | By Client |
| | F125B | 1 | | | - | | By Client |
| | F175 | - | | | - | | |
| | F177 W2 | - | | | - | | |
| | SF180 | - | | | - | | |
| | SF181 | 1 | | 1,030 | 1,030 | | |
| | F173 | - | | | - | | |
| | F185C | 1 | | 2,050 | 2,050 | | |
| | Office furniture | 1 | | 700 | 700 | | Table + 4 chairs |
| | Cabinet with adjustable shelf and 2 door with line | - | | | - | | |
| | TV frame in leather for 65" | 1 | | 150 | 150 | | |
| | Light box with leather frame 1200mm x h.3000mm | 2 | | 2,000 | 4,000 | | |
| | -2 heads AR111 | 10 | | 110 | 1,100 | | |
| | -4 heads AR111 | 11 | | 130 | 1,430 | | |
| | -L15 | 100 | | 40 | 4,000 | | |
| | -L15F | 40 | | 48 | 1,920 | | |
| | -L19 | 40 | | 50 | 2,000 | | |
| | Graphics lighbox | 2 | 2.40 | 50 | 220 | | |
| | Lightboxs system | 2 | | 500 | 1,000 | | |
| | Linen wall with 1 door | | 55.0 | 180 | 9,900 | | |
| | Carpet 5500 x 2800mm | | 15.5 | 60 | 930 | | |
| | Rose gold trim 10 x 10 | 20 | | 24 | 480 | | |
| | Rose gold trim 10 x 6 | 180 | | 20 | 3,600 | | |
| | Cash desk with piramid- wood and leather top 1200 x 750mm | 1 | | 4,800 | 4,800 | | |
| | CCTV Cameras (4 cam) | 1 | | 8,300 | 8,300 | | |
| | Music Bose | 4 | | | 12,500 | | |
| | Led TV (75inch) | 1 | | 6,797 | 6,797 | | |
| | Telephone/IT system equipment | 1 | | 500 | 500 | | |
| Total Furnuture | | | | | | 88,257 | 1,838.69 |
| Fit out demolition and electrical works | | | | | | - | |
| | Installation cost | | | | 7,000 | | |
| | Demolition work | | | | 1,450 | | |
| | Hoarding erection and removals and garbage | | | | 2,380 | | |
| | Hoarding graphics requested by LL (mall shops palissade) | | | | - | | By Client |
| | Building work ceiling | | | | 3,300 | | |
| | Wall | | | | 2,500 | | |
| | Supply & install flooring | | | | 2,950 | | |
| | Electrical works | | | | 3,200 | | |
| | Air conditioning | | | | 5,800 | | |
| | ELV installation | | | | 780 | | |
| | FS installation | | | | 4,800 | | |
| | Engineer to certify the shop the shop front structure | 1 | | | 4,000 | | |
| | New outside windows and new entry door | - | | | 9,900 | | |
| Total Fit out demolition and electrical works | | | | | | 48,060 | 1,001.25 |
| Spevific new shops | | | | | | | |
| | Building work, walls, doors & Hardware | | | | | | |
| | Supply & install timber flooring with levelling | | 45 | | 2,973 | | |
| | Façade | | | | - | | |
| | Shop front metal cladding | | | | - | | Included |
| | Shop front glazing | | | | - | | Included |
| | Metal frame glass door | | | | - | | Included |
| | APM Shop front logo F178-W4 | 1 | | 600 | 600 | | |
| | APM inside logo | 2 | | 280 | 560 | | |
| Total Specific new shop | | | | | | 4,133 | |
| Preliminary work | | | | | | | |
| | Government statutory fees | | | | 2,000 | | |
| | Provision of security guard for night works | | | | - | | No |
| | Private certifier fees to construction and occupation ceryificates | | | | 2,700 | | |
| Total Preliminary work | | | | | | 4,700 | 97.92 |
| Delivery costs | | | | | | | |
| | Delivery costs (to SH) | 1 | | | 2,000 | | |
| | Temporary storage furniture | | | | 2,000 | | |
| | Survey and local architect | | | | 3,500 | | |
| | Tools, scaffolding, site cleaning and contingency | | | | 4,350 | | |

Exhibit A
Page 67

|  | | |
| --- | --- | --- |
| Air Freight, dispatch, import and delivery | 2,900 | |
| Flights, Hotel and boarding | 3,300 | |
| Custom clearances | 4,800 | |
| Total delivery costs | 22,850 | 476.04 |
| Total Project | 168,000 | 3,500.00 |

# EXHIBIT 6

EXHIBIT 6

**From:**        Lucio Nevi <lucionevi@sequoiaeurope.com>
**Sent:**        Tuesday, January 31, 2017 10:08 AM
**To:**          Andrea Sovilla
**Subject:**     Boston- Sequoia offer no.1
**Attachments:** APM Monaco-BOSTON- Sequoia -Offer no.1.ods

Dear Andrea,

I hope you are fine.

Please find attached our best offer regarding your Apm project in Boston.

As per our conversation, I am pleased to confirm a discount of 5% if we would be appointed all the four projects quoted (New York, Las Vegas, Toronto and Boston).

I also confirm if possible my intention to slightly increase the discount applied for the other following projects, still to quote and coming after the first four as Seattle, Miami, Los Angeles, etc.

Please let me know something because time flies and I need to plan a trip to Usa to survey, organize and prepare all the works.

Thank you in advance and my best regards,

Lucio Nevi

1

| shop name | APM BOSTON | | | | | | |
|---|---|---|---|---|---|---|---|
| city | Boston | | | | | | |
| country | USA | | | | | | |
| shop Size sqm | 45 | | | | | | |
| Forecast opening date | ??????? | Quantity | Size | unit rate € | Total € | price/sqm | Note |
| **Furniture** | | | | | | | |
| | Items including graphics and lightbox | | | | | | |
| | Mobiliary (FXXX) | | | | | | |
| | F117 | 4 | | 1,380 | 5,520 | | |
| | F118 | - | | | - | | |
| | F119 | 1 | | 1,450 | 1,450 | | |
| | F119 A | 1 | | 1,225 | 1,225 | | |
| | F120 | 2 | | 1,360 | 2,720 | | |
| | TAB 6 | 2 | | 2,600 | 5,200 | | |
| | F111 | 3 | | 1,380 | 4,140 | | |
| | F104 | - | | | - | | |
| | F133 | - | | | - | | |
| | F135 | 2 | | 1,250 | 2,500 | | |
| | F126 Marinlere | - | | | - | | |
| | F124 Mirror | 1 | | 870 | 870 | | |
| | F127 | - | | | - | | |
| | F128 | - | | | - | | |
| | F129 | 4 | | 700 | 2,800 | | Only glass and top, Pedestal in marble by Client |
| | FXXX (3.00X1.6M) | - | | | - | | |
| | FXXX | - | | | - | | |
| | F124A | 2 | | | - | | By Client |
| | F125A | - | | | - | | |
| | F125B | - | | | - | | |
| | F175 | - | | | - | | |
| | F177 W2 | - | | | - | | |
| | SF180 | - | | | - | | |
| | SF181 | 1 | | 1,030 | 1,030 | | |
| | F173 | 2 | | | - | | |
| | F185C | 3 | | 2,025 | 6,075 | | |
| | Office furniture | | | | 700 | | Table + 4 chairs |
| | Cabinet with adjustable shelf and 2 door with line | 1 | | | 1,550 | | |
| | TV frame in leather for 75" | 1 | | 200 | 200 | | |
| | Light box with leather frame 900mm x h.3000mm | 1 | | 1,900 | 1,900 | | |
| | -2 heads AR111 | 8 | | 110 | 880 | | |
| | -4 heads AR111 | 13 | | 130 | 1,680 | | |
| | -L15 | 173 | | 40 | 6,920 | | |
| | -L15F | 35 | | 48 | 1,680 | | |
| | -L19 | 58 | | 50 | 2,900 | | |
| | Graphics lighboxs | | 2.40 | 50 | 120 | | |
| | Lighboxs system | 1 | | 500 | 500 | | |
| | Linen wall | | 45.0 | 170 | 7,650 | | |
| | Carpet 2350 x 3050mm | | 7.2 | 60 | 432 | | |
| | Rose gold trim 10 x 10 | 30 | | 24 | 720 | | |
| | Rose gold trim 10 x 6 | 92 | | 20 | 1,840 | | |
| | Cash desk with piramid- wood and leather top 4517 x 750mm | 1 | | 4,800 | 4,800 | | |
| | CCTV Cameras (4 cam) | 1 | | 8,300 | 8,300 | | |
| | Music Bose | 4 | | | 12,500 | | |
| | Led TV (82inch) | - | | | - | | |
| | Led TV (75inch) | 1 | | | 6,797 | | |
| | POS system | - | | | - | | |
| | Telephone/IT system equipment | 1 | | | 500 | | |
| **Total Furniture** | | | | | 96,109 | 2,135.76 | |
| **Fit out demolition and electrical works** | | | | | - | | |
| | Installation cost | | | | 7,000 | | |
| | Demolition work | | | | 1,450 | | |
| | Hoarding erection and removals and garbage | | | | 2,380 | | |
| | Hoarding graphics requested by LL (mail shops palissade) | | | | - | | By Client |
| | Building work ceiling | | | | 3,300 | | |
| | Wall | | | | 2,500 | | |
| | Supply & install flooring | | | | 1,850 | | |
| | Electrical works | | | | 3,200 | | |
| | Air conditionning | | | | 5,750 | | |
| | ELV Installation | | | | 780 | | |
| | FS Installation | | | | 4,800 | | |
| | Engineer to certify the shop the shop front structure | 1 | | | 3,500 | | |
| | New outside windows and new entry door | 1 | | | 12,000 | | |
| | Cleaning Façade | - | | | - | | |
| | Painting Façade | - | | | - | | |
| **Total Fit out demolition and electrical works** | | | | | 48,610 | 1,080.22 | |
| **Specific new shops** | | | | | | | |
| | Building work, walls, doors & Hardware | | | | 2,500 | | |
| | Supply & install timber flooring with levelling | | 45 | | 2,973 | | |
| | Façade | | | | - | | |
| | Shop front metal cladding | | | | - | | Included |
| | Shop front glazing | | | | - | | Included |
| | Metal frame glass door | | | | - | | Included |
| | APM Shop front logo F178-W4 | 1 | | | 600 | | |
| | APM inside logo | 2 | | 280 | 560 | | |
| | | | | | - | | |
| | | | | | - | | |
| | Fire hosereel door c/w blue metal cladding and hinge | | | | - | | Included |
| **Total Specific new shop** | | | | | 5,633 | | |
| **Preliminary work** | | | | | | | |
| | Government statutory fees | | | | 2,000 | | |
| | Private certifier fees to construction and occupation ceryificates | | | | 2,700 | | |
| **Total Preliminary work** | | | | | 4,700 | 104.44 | |
| **Delivery costs** | | | | | | | |
| | Delivery costs (to SH) | 1 | | | 2,000 | | |
| | Survey and local architect | | | | 3,500 | | |
| | Tools, scaffoldings, site cleaning and contingency | | | | 3,000 | | |

| | | | |
|---|---|---|---|
| | Air freight, dispatch, delivery | 2,200 | |
| | Flights, Hotel and boarding | 2,500 | |
| | Temporary storage furniture | 1,200 | |
| | Custom clearances | 3,000 | |
| Total delivery costs | | 17,400 | 386.67 |
| Total Project | | 178,452 | 3,854.49 |

# EXHIBIT 7

EXHIBIT 7



**Da:** Andrea Sovilla <asovilla@apm.mc>
**Oggetto: Re: USA and Canada**
**Data:** 14 febbraio 2017 09:33:48 CET
**A:** Lucio Nevi <lucionevi@sequoiaeurope.com>

Thanks,

**Andrea Sovilla**
Store Design & Development

Mobile +39 348 6600400
E-mail asovilla@apm.mc
Web www.apm.mc

Le informazioni e gli allegati contenute in questa e-mail sono considerate confidenziali e possono essere riservate. Qualora non foste il destinatario, siete pregati di distruggere questo messaggio e notificarci il problema immediatamente. In ogni caso, non dovrete spedire a terze parti questa e-mail. Vi ricordiamo che la diffusione, l'utilizzo e/o la conservazione dei dati ricevuti per errore costituiscono violazione alle disposizioni del D.L. n. 196/2003 denominato "Codice in materia di protezione dei dati personali"

The information in this e.mail and in any attachements is confidential and may be privileged. If you are not the intended recipient, please destroy this message and notify the sender immediately. You should not retain, copy or use this e.mail for any purpose, nor disclose all or any part of its contents to any other person according to the Italian Legislative Decree n. 196/2003.

On 14 Feb 2017, at 15:57, Lucio Nevi
<lucionevi@sequoiaeurope.com> wrote:

Dear Andrea,
thank you very much for your order, we are really glad about it.
Please find attached the invoice regarding your Apm project in NY.
Other emails will follow.
Thank you and best regards,
Lucio Nevi

Il 13/02/2017 14:49, Andrea Sovilla ha scritto:

> Dear Mr. Nevi,
> I write to you for confirmation your quotations of the
> new stores APM in USA and Canada.
> NewYork, Boston, LasVegas, Toronto.
> Next week I send you new drawings for these
> stores, and add new drawings for Seattle.
>
> Please contact Mr. Lavigne for appointments in
> USA to check the dimensions and of all stores and
> send to me, contacted all referent for stores.
>
> Opening dates:
>
> NewYork 01 May 2017
> Toronto 01 May 2017
> Las Vegas 15 May 2017
> Seattle 15 May 2017
> Boston 01 September 2017
>
> Please send to me the invoices of deposit for all
> stores
>
> Thanks
>
> **Andrea Sovilla**
> Store Design & Development
>
> Mobile +39 348 6600400
> E-mail asovilla@apm.mc
> Web www.apm.mc
>
> Le informazioni e gli allegati contenute in questa e-mail

sono considerate confidenziali e possono essere riservate. Qualora non foste il destinatario, siete pregati di distruggere questo messaggio e notificarci il problema immediatamente. In ogni caso, non dovrete spedire a terze parti questa e-mail. Vi ricordiamo che la diffusione, l'utilizzo e/o la conservazione dei dati ricevuti per errore costituiscono violazione alle disposizioni del D.L. n. 196/2003 denominato "Codice in materia di protezione dei dati personali"

The information in this e.mail and in any attachements is confidential and may be privileged. If you are not the intended recipient, please destroy this message and notify the sender immediately. You should not retain, copy or use this e.mail for any purpose, nor disclose all or any part of its contents to any other person according to the Italian Legislative Decree n. 196/2003.

**Andrea Sovilla**
Store Design & Development

Mobile +39 348 6600400
E-mail asovilla@apm.mc
Web www.apm.mc

Le informazioni e gli allegati contenute in questa e-mail sono considerate confidenziali e possono essere riservate. Qualora non foste il destinatario, siete pregati di distruggere questo messaggio e notificarci il problema immediatamente. In ogni caso, non dovrete spedire a terze parti questa e-mail. Vi ricordiamo che la diffusione, l'utilizzo e/o la conservazione dei dati ricevuti per errore costituiscono violazione alle disposizioni del D.L. n. 196/2003 denominato "Codice in materia di protezione dei dati personali"

The information in this e.mail and in any attachements is confidential and may be privileged. If you are not the intended recipient, please destroy this message and notify the sender immediately. You should not retain,

copy or use this e.mail for any purpose, nor disclose all
or any part of its contents to any other person according
to the Italian Legislative Decree n. 196/2003.


**Andrea Sovilla**
Store Design & Development

Mobile +39 348 6600400
E-mail asovilla@apm.mc
Web www.apm.mc

Le informazioni e gli allegati contenute in questa e-mail
sono considerate confidenziali e possono essere
riservate. Qualora non foste il destinatario, siete pregati
di distruggere questo messaggio e notificarci il problema
immediatamente. In ogni caso, non dovrete spedire a
terze parti questa e-mail. Vi ricordiamo che la diffusione,
l'utilizzo e/o la conservazione dei dati ricevuti per errore
costituiscono violazione alle disposizioni del D.L. n.
196/2003 denominato "Codice in materia di protezione
dei dati personali"

The information in this e.mail and in any attachements is
confidential and may be privileged. If you are not the
intended recipient, please destroy this message and
notify the sender immediately. You should not retain,
copy or use this e.mail for any purpose, nor disclose all
or any part of its contents to any other person according
to the Italian Legislative Decree n. 196/2003.


**Andrea Sovilla**
Store Design & Development

Mobile +39 348 6600400
E-mail asovilla@apm.mc
Web www.apm.mc

Le informazioni e gli allegati contenute in questa e-mail
sono considerate confidenziali e possono essere

riservate. Qualora non foste il destinatario, siete pregati di distruggere questo messaggio e notificarci il problema immediatamente. In ogni caso, non dovrete spedire a terze parti questa e-mail. Vi ricordiamo che la diffusione, l'utilizzo e/o la conservazione dei dati ricevuti per errore costituiscono violazione alle disposizioni del D.L. n. 196/2003 denominato "Codice in materia di protezione dei dati personali"

The information in this e.mail and in any attachements is confidential and may be privileged. If you are not the intended recipient, please destroy this message and notify the sender immediately. You should not retain, copy or use this e.mail for any purpose, nor disclose all or any part of its contents to any other person according to the Italian Legislative Decree n. 196/2003.

**<Mail Attachment.jpeg>**

<08SEQAPM-Spring St.- 2017-NY.pdf>

# EXHIBIT 8

EXHIBIT 8

| | |
|---|---|
| **From:** | Lucio Nevi |
| **To:** | Andrea Sovilla |
| **Subject:** | Seattle: offer - approval request |
| **Date:** | Wednesday, March 29, 2017 2:59:28 AM |
| **Attachments:** | APM - SEATTLE - Offer no.3.xlsx |

Hi Andrea,

please find attached our offer regarding the project in Seattle, all
updated and revised as per your instructions.

I need please to receive a feedback from you as soon as possible: let me
know if the quotation is accepted to be able to move on and proceed to
wotk also on this project.

Thank you in advance and best regards,

Lucio Nevi

**SEQUOIA EUROPE LTD**

44 Squires Lane, N3 2AT London
Phone: +44 20 3529 7057  Fax: +44 20 7855 3784

SEQUOIA EUROPE LTD

*Sequoia*

| | | Quantity | Size | Unit | | € | | Note |
|---|---|---|---|---|---|---|---|---|
| shop name | APM SEATTLE | | | | | | | |
| city | SEATTLE | | | | | | | |
| country | USA | | | | | | | |
| shop Size sqm | 40 | | | | | | | |
| **Furniture** | | | | | | | | |
| | Items including graphics and lightboxs | | | | | | | |
| | F117 | 3 | pz | € | 1,380.00 | € | **4,140.00** | |
| | F118 | 1 | pz | € | 1,200.00 | € | **1,200.00** | |
| | F119 | 4 | pz | € | 1,450.00 | € | **5,800.00** | |
| | Table special | 2 | pz | € | 1,950.00 | € | **3,900.00** | |
| | F124 Mirror | 2 | pz | € | 870.00 | € | **1,740.00** | |
| | Closet | 1 | pz | € | 2,298.00 | € | **2,298.00** | |
| | F129 Marble ShowCase | 2 | pz | € | 2,300.00 | € | **4,600.00** | |
| | Blu linen wall | 60 | mq | € | 170.00 | € | **10,200.00** | |
| | White Linen wall | 3 | mq | € | 170.00 | € | **510.00** | |
| | F125A | 4 | pz | € | 520.00 | € | **2,080.00** | |
| | F181 | 1 | pz | € | 1,030.00 | € | **1,030.00** | |
| | F185 | 1 | pz | € | 1,400.00 | € | **1,400.00** | |
| | F177 | 1 | pz | € | 280.00 | € | **280.00** | |
| | TV 65" + frame in leather | 2 | pz | € | 6,750.00 | € | **13,500.00** | Brackets inc. |
| | Light Box | 5 | mq | € | 500.00 | € | **2,500.00** | |
| | APM logo | 3 | pz | € | 280.00 | € | **840.00** | |
| | Pink metal profile | 160 | mtl | € | 24.00 | € | **3,840.00** | |
| Floor | Parquette - American Oak | 40 | mq | € | 60.00 | € | **2,400.00** | |
| | Marble Blu | 10 | pz | € | 65.00 | € | **650.00** | |
| | Carpets cm.200x200 | 2 | pz | € | 480.00 | € | **960.00** | |
| Lights | L15 | 60 | pz | € | 45.00 | € | **2,700.00** | |
| | L15F | 62 | pz | € | 52.00 | € | **3,224.00** | |
| | Flos system Light Cut mini 140 | 27 | mtl | | | € | **3,402.00** | |
| SPOT MUDULE QR-111 | AR111 8° | 12 | pz | € | 165.00 | € | **1,980.00** | |
| SPOT MUDULE QR-111 | AR111 24° | 18 | pz | € | 165.00 | € | **2,970.00** | |
| Bose System A | Speaker DS16S | 4 | pz | € | - | € | **5,000.00** | |
| | FreeSpace 2F Bass | 2 | pz | € | - | € | **-** | Included |
| | Monacor Int. Audio cable stereo Mod. YZZR300 | 1 | pz | € | - | € | **-** | Included |
| | Volume Swich | 2 | pz | € | - | € | **-** | Included |
| | Amplifier – Bose PowerShare PS604 | 1 | pz | € | - | € | **-** | Included |
| APM | DISPLAY 123 | 2 | pz | | apm | | | |
| CCTV HIKVISION | Camera | 3 | pz | € | - | € | **2,800.00** | |
| | DS-2CE56CT-IRM | 1 | pz | € | - | € | **-** | Included |
| | DVR 7200 Turbo 8CH | 1 | pz | € | - | € | **-** | Included |
| Service lights | Emergency and service | 1 | lumpsum | | | € | **992.00** | |
| | intruder alarm | | lumpsum | | | € | **4,000.00** | |
| Dimmer Lights | Zone | 5 | zone | € | 35.00 | € | **175.00** | |
| | POS system | | | | | € | **-** | By Client |
| | IT equipment | | | | | € | **-** | By Client |
| | Telephone | | | | | € | **500.00** | |
| **Total Furnuture** | | | | | | € | **91,611.00** | |
| **Fit out demolition and electrical works** | | | | | | | | |
| | Millwork installation cost | | | | | € | **7,500.00** | |
| | Demolition work | | | | | € | **1,800.00** | |
| | Chase existing floor | | | | | € | **1,750.00** | |
| | Hoarding erection and removals and garbage | | | | | € | **2,100.00** | |
| | Hoarding graphics requested by LL (mall shops:palissade) | | | | | € | **-** | TBD |
| | Building work ceiling | | | | | € | **4,250.00** | |

| | | | | | |
|---|---|---|---|---|---|
| | Wall and construction works | | | € | 3,500.00 | |
| | Painting and decoration | | | € | 1,900.00 | |
| | Project coordination | | | € | 2,000.00 | |
| | Project management | | | € | 5,000.00 | |
| | Pumbling & Drainage works | | | € | 1,200.00 | |
| | Install flooring | | | € | 2,870.00 | |
| | Electrical works | | | € | 13,590.00 | |
| | Install ceiling lights and truck | | | € | - | Included |
| | Run electric wiring in the floor | | | € | - | Included |
| | Install floor lights | | | € | - | Included |
| | Air conditionning | | | € | 5,000.00 | |
| | ELV installation | | | € | 990.00 | |
| | Fire System installation | | | € | - | TBD |
| | Engineer to certify the shop front structure | | | € | - | TBD |
| | Cleaning Façade | | | € | 1,000.00 | |
| | Painting Façade | | | € | 2,400.00 | |
| **Total Fit out demolition and electrical works** | | | | € | 56,850.00 | |
| | Building work, walls, doors & Hardware | | | € | 1,350.00 | |
| | Install new timber floor | | | € | 1,000.00 | |
| | Flooring compaund with levelling | | | € | 3,200.00 | |
| | **Façade** | | | € | - | |
| | Shop front metal cladding | | | € | 19,000.00 | |
| | Shop front glazing | | | € | 9,000.00 | |
| | Metal frame glass door | | | € | 2,500.00 | |
| | APM Shop front logo F178-W | 2 | € | 600.00 | € | 1,200.00 | |
| | Outdoor Canopy (street shops) | | | € | - | No |
| | Roller shutter | | | € | - | No |
| | Scaffolding,tower and tools | | | € | 1,800.00 | |
| | Skips and rubbish removal | | | € | 2,700.00 | |
| | Site cleaning | | | € | 1,200.00 | |
| | Parking fees | | | € | 690.00 | |
| | Fire hosereel door c/w blue metal cladding and hinge | | | € | - | No |
| **Total Specific new shop** | | | | € | 43,640.00 | |
| **Preliminary work** | | | | | | |
| | Expideter | | | € | 3,000.00 | |
| | Government statutory fees | | | € | 2,000.00 | |
| | Planning application & City Fee | | | € | 3,000.00 | |
| | Local architect to deal with Landord and Council DOB | | | € | 11,000.00 | |
| | M&E Engineer | | | € | 5,000.00 | |
| | Structural Engineer | | | € | - | TBD |
| | Survey and schematic design | | | € | 2,500.00 | |
| | Provision of security guard for night works | | | € | - | N.A. |
| | Inspector DOB | | | € | 1,800.00 | |
| | Insurance | | | € | 2,020.00 | |
| | Certificates (All) | | | € | 5,000.00 | |
| **Total Preliminary work** | | | | € | 35,320.00 | |
| **Delivery costs** | | | | | | |
| | Air Freight costs and dispatch | | | € | 5,500.00 | |
| | Temporary storage furniture | | | € | 2,000.00 | |
| | Flights, Hotel and boarding | | | € | 5,300.00 | |
| | Contingency | | | € | 3,500.00 | |
| | Custom clearances | | | € | 4,800.00 | |
| **Total delivery costs** | | | | € | 21,100.00 | |
| **Total Project** | | | | € | 248,521.00 | |
| Discount 5% | | | | -€ | 12,426.05 | |
| **Total final project** | | | | € | 260,947.05 | |

# EXHIBIT 9

EXHIBIT 9

**SEQUOIA EUROPE LTD**

44 Squires Lane, N3 2AT London
Phone: +44 20 3529 7057  Fax: +44 20 7855 3784

SEQUOIA EUROPE LTD

Sequoia

| | | Quantity | Size | | Unit | | € | Note |
|---|---|---|---|---|---|---|---|---|
| shop name | APM SEATTLE | | | | | | | |
| city | SEATTLE | | | | | | | |
| country | USA | | | | | | | |
| shop Size sqm | 40 | | | | | | | |
| **Furniture** | | | | | | | | |
| | Items including graphics and lightboxs | | | | | | | |
| | F117 | 3 | pz | € | 1,380.00 | € | 4,140.00 | |
| | F118 | 1 | pz | € | 1,200.00 | € | 1,200.00 | |
| | F119 | 4 | pz | € | 1,450.00 | € | 5,800.00 | |
| | Table special | 2 | pz | € | 1,950.00 | € | 3,900.00 | |
| | F124 Mirror | 2 | pz | € | 870.00 | € | 1,740.00 | |
| | Closet | 1 | pz | € | 2,298.00 | € | 2,298.00 | |
| | F129 Marble ShowCase | 2 | pz | € | 2,300.00 | € | 4,600.00 | |
| | Blu linen wall | 60 | mq | € | 170.00 | € | 10,200.00 | |
| | White Linen wall | 3 | mq | € | 170.00 | € | 510.00 | |
| | F125A | 4 | pz | € | 520.00 | € | 2,080.00 | |
| | F181 | 1 | pz | € | 1,030.00 | € | 1,030.00 | |
| | F185 | 1 | pz | € | 1,400.00 | € | 1,400.00 | |
| | F177 | 1 | pz | € | 280.00 | € | 280.00 | |
| | TV 65" + frame in leather | 2 | pz | € | 6,750.00 | € | 13,500.00 | Brackets inc. |
| | Light Box | 5 | mq | € | 500.00 | € | 2,500.00 | |
| | APM logo | 3 | pz | € | 280.00 | € | 840.00 | |
| | Pink metal profile | 160 | mtl | € | 24.00 | € | 3,840.00 | |
| Floor | Parquette - American Oak | 40 | mq | € | 60.00 | € | 2,400.00 | |
| | Marble Blu | 10 | pz | € | 65.00 | € | 650.00 | |
| | Carpets cm.200x200 | 2 | pz | € | 480.00 | € | 960.00 | |
| Lights | L15 | 60 | pz | € | 45.00 | € | 2,700.00 | |
| | L15F | 62 | pz | € | 52.00 | € | 3,224.00 | |
| | Flos system Light Cut mini 140 | 27 | mtl | | | € | 3,402.00 | |
| SPOT MUDULE QR-111 | AR111 8° | 12 | pz | € | 165.00 | € | 1,980.00 | |
| SPOT MUDULE QR-111 | AR111 24° | 18 | pz | € | 165.00 | € | 2,970.00 | |
| Bose System A | Speaker DS16S | 4 | pz | € | - | € | 5,000.00 | |
| | FreeSpace 2F Bass | 2 | pz | € | - | € | - | Included |
| | Monacor Int. Audio cable stereo Mod. YZZR300 | 1 | pz | € | - | € | - | Included |
| | Volume Swich | 2 | pz | € | - | € | - | Included |
| | Amplifier – Bose PowerShare PS604 | 1 | pz | € | - | € | - | Included |
| APM | DISPLAY 123 | 2 | pz | | apm | | | |
| CCTV HIKVISION | Camera | 3 | pz | € | - | € | 2,800.00 | |
| | DS-2CE56CT-IRM | 1 | pz | € | - | € | - | Included |
| | DVR 7200 Turbo 8CH | 1 | pz | € | - | € | - | Included |
| Service lights | Emergency and service | 1 | lumpsum | | | € | 992.00 | |
| | intruder alarm | | lumpsum | | | € | 4,000.00 | |
| Dimmer Lights | Zone | 5 | zone | € | 35.00 | € | 175.00 | |
| | POS system | | | | | € | - | By Client |
| | IT equipment | | | | | € | - | By Client |
| | Telephone | | | | | € | 500.00 | |
| **Total Furnuture** | | | | | | € | 91,611.00 | |
| **Fit out demolition and electrical works** | | | | | | | | |
| | Millwork installation cost | | | | | € | 7,500.00 | |
| | Demolition work | | | | | € | 1,800.00 | |
| | Chase existing floor | | | | | € | 1,750.00 | |
| | Hoarding erection and removals and garbage | | | | | € | 2,100.00 | |
| | Hoarding graphics requested by LL (mall shops:palissade) | | | | | € | - | TBD |
| | Building work ceiling | | | | | € | 4,250.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Wall and construction works | | | | € | 3,500.00 | |
| | Painting and decoration | | | | € | 1,900.00 | |
| | Project coordination | | | | € | 2,000.00 | |
| | Project management | | | | € | 5,000.00 | |
| | Pumbling & Drainage works | | | | € | 1,200.00 | |
| | Install flooring | | | | € | 2,870.00 | |
| | Electrical works | | | | € | 13,590.00 | |
| | Install ceiling lights and truck | | | | € | - | Included |
| | Run electric wiring in the floor | | | | € | - | Included |
| | Install floor lights | | | | € | - | Included |
| | Air conditionning | | | | € | 5,000.00 | |
| | ELV installation | | | | € | 990.00 | |
| | Fire System installation | | | | € | - | TBD |
| | Engineer to certify the shop front structure | | | | € | - | TBD |
| | Cleaning Façade | | | | € | 1,000.00 | |
| | Painting Façade | | | | € | 2,400.00 | |
| Total Fit out demolition and electrical works | | | | | € | 56,850.00 | |
| | Building work, walls, doors & Hardware | | | | € | 1,350.00 | |
| | Install new timber floor | | | | € | 1,000.00 | |
| | Flooring compaund with levelling | | | | € | 3,200.00 | |
| | **Façade** | | | | € | - | |
| | Shop front metal cladding | | | | € | 19,000.00 | |
| | Shop front glazing | | | | € | 9,000.00 | |
| | Metal frame glass door | | | | € | 2,500.00 | |
| | APM Shop front logo F178-W | 2 | € | 600.00 | € | 1,200.00 | |
| | Outdoor Canopy (street shops) | | | | € | - | No |
| | Roller shutter | | | | € | - | No |
| | Scaffolding,tower and tools | | | | € | 1,800.00 | |
| | Skips and rubbish removal | | | | € | 2,700.00 | |
| | Site cleaning | | | | € | 1,200.00 | |
| | Parking fees | | | | € | 690.00 | |
| | Fire hosereel door c/w blue metal cladding and hinge | | | | € | - | No |
| Total Specific new shop | | | | | € | 43,640.00 | |
| **Preliminary work** | | | | | | | |
| | Expideter | | | | € | 3,000.00 | |
| | Government statutory fees | | | | € | 2,000.00 | |
| | Planning application & City Fee | | | | € | 3,000.00 | |
| | Local architect to deal with Landord and Council DOB | | | | € | 11,000.00 | |
| | M&E Engineer | | | | € | 5,000.00 | |
| | Structural Engineer | | | | € | - | TBD |
| | Survey and schematic design | | | | € | 2,500.00 | |
| | Provision of security guard for night works | | | | € | - | N.A. |
| | Inspector DOB | | | | € | 1,800.00 | |
| | Insurance | | | | € | 2,020.00 | |
| | Certificates (All) | | | | € | 5,000.00 | |
| Total Preliminary work | | | | | € | 35,320.00 | |
| **Delivery costs** | | | | | | | |
| | Air Freight costs and dispatch | | | | € | 5,500.00 | |
| | Temporary storage furniture | | | | € | 2,000.00 | |
| | Flights, Hotel and boarding | | | | € | 5,300.00 | |
| | Contingency | | | | € | 3,500.00 | |
| | Custom clearances | | | | € | 4,800.00 | |
| Total delivery costs | | | | | € | 21,100.00 | |
| **Total Project** | | | | | € | 248,521.00 | |
| Discount 5% | | | | | € | 12,426.05 | |
| **Total final project** | | | | | € | 236,094.95 | |

# EXHIBIT 10

EXHIBIT 10



**Da:** Lucio Nevi <lucionevi@sequoiaeurope.com>
**Oggetto: Los Angeles**
**Data:** 30 luglio 2017 10:10:53 CEST
**A:** Guillaume Lavigne <glavigne@apm.mc>, Andrea Sovilla <asovilla@apm.mc>

Good morning Guillaume and Andrea,

I hope you are both fine.

We are ready finally to start the work in Los Angeles straight away.

Our quotation for the demolitions is US $ 71,250.00, all included.

Please find attached our revision 2A of the full project, with now included the demo.

Please let me know how to proceed as soon as possible.

Have a great Sunday,

Lucio Nevi

1

**SEQUOIA EUROPE LTD**

44 Squires Lane, N3 2AT London
Phone: +44 20 3529 7057  Fax: +44 20 7855 3784

| shop name | APM Los Angeles | | | | **Rev.2A** | |
| --- | --- | --- | --- | --- | --- | --- |
| city | Los Angeles | | | | **30 Jul'17** | |
| country | USA | | | | | |
| shop Size sqm | | | | | | |
| Forecast opening date | | Quantity | Size | Unit | € | |

**Furniture**

| | | Quantity | Size | Unit | | € | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | F117 | 4 | pz | € 1,380.00 | € | 5,520.00 | |
| | F118 | 1 | pz | € 1,200.00 | € | 1,200.00 | |
| | F119 | 4 | pz | € 1,450.00 | € | 5,800.00 | |
| | F120 | - | pz | € - | € | - | |
| | Table 2-1-F | 2 | pz | € 2,600.00 | € | 5,200.00 | |
| | F124 Mirror | 3 | pz | € 870.00 | € | 2,610.00 | |
| | F128 Mirror | - | pz | € - | € | - | |
| | Marinier table 1200 x 600 | - | pz | € - | € | - | |
| | Chair Yacht Club | - | pz | € - | € | - | |
| | F129 Marble ShowCase | 7 | pz | € 2,300.00 | € | 16,100.00 | |
| | Blue linen wall | 50 | mq | € 170.00 | € | 8,500.00 | |
| | White Linen wall | 14 | mq | € 170.00 | € | 2,380.00 | |
| | Blue Linen wall curve | 15 | mq | € 180.00 | € | 2,700.00 | |
| | Panels WD01 wall | 25 | mq | € 100.00 | € | 2,500.00 | |
| | Round table d.100cm | 1 | pz | € 1,850.00 | € | 1,850.00 | |
| | F125A | 4 | pz | € 520.00 | € | 2,080.00 | |
| | F125B | 2 | pz | € 730.00 | € | 1,460.00 | |
| | F125D | - | pz | | € | | |
| | F124A | 4 | pz | € 730.00 | € | 2,920.00 | |
| | F181 | 1 | pz | € 1,030.00 | € | 1,030.00 | |
| | F180 | 1 | pz | € 2,040.00 | € | 2,040.00 | |
| | F185 | 3 | pz | € 1,400.00 | € | 4,200.00 | |
| | Cabinet with door in black laminet 600 x 400 x h 3000mm | - | pz | | € | - | |
| | Lightbox with frame in leather 1350 x 3000 - including graphics | 2 | pz | € 2,500.00 | € | 5,000.00 | |
| | Logo in metal for glass | - | pz | € - | € | - | |
| | Flag logo (special) | - | pz | € - | € | - | |
| | F135 | 2 | pz | € 1,365.00 | € | 2,730.00 | |
| | TV 82" + frame in leather | 1 | pz | € 9,800.00 | € | 9,800.00 | bracket inc |
| | TV 65" + frame in leather | 1 | pz | € 6,750.00 | € | 6,750.00 | bracket inc |
| | APM logo Front White 177w2 | 2 | pz | € 280.00 | € | 560.00 | |
| | APM logo Front White 177w4 | 2 | pz | € 280.00 | € | 560.00 | |
| | Piramid wall | 5 | mq | € 650.00 | € | 3,250.00 | |
| | Cash desk with piramid, top oak and leather  2000 x 750 | 1 | | | € | 4,000.00 | |
| | Pink metal profile 10x6 curve | 14 | mtl | € 24.00 | € | 336.00 | |
| | Pink metal profile 10x6 | 118 | mtl | € 21.00 | € | 2,478.00 | |
| | Pink metal profile 10x10 | 21 | mtl | € 26.25 | € | 551.25 | |
| Floor | Parquette - American Oak | 95 | mq | € 64.50 | € | 6,127.50 | |
| | Marble Blu | 12 | pz | € 75.40 | € | 904.80 | |
| | Carpets cm.9500x2200 | 1 | pz | | € | 1,600.00 | |
| | Entry Carpets cm.1000 x 1000 | 1 | pz | | € | 300.00 | |
| Lights | L15C | 34 | pz | € 45.00 | € | 1,530.00 | |
| | L15F | 58 | pz | € 52.00 | € | 3,016.00 | |
| | L15 | 180 | pz | € 40.00 | € | 7,200.00 | |
| | wash Wall led | 4 | pz | € 100.00 | € | 400.00 | |
| | L19 UL | 64 | pz | € 181.00 | € | 11,584.00 | |
| | Strip Led | 75 | mtl | € 25.00 | € | 1,875.00 | |
| | Cables, wires, switches and general UL material | | | | € | 8,500.00 | |
| | Flos system Light Cut mini 140 | 56 | mtl | € 172.00 | € | 9,632.00 | |
| | Flos system Light Cut mini 140 - Technical and corner parts | | lumpsum | | € | 9,280.00 | |
| | Spot module Array 14W | 30 | pz | € 165.00 | € | 4,950.00 | LED |
| | Spot module Array 16W | 21 | pz | € 165.00 | € | 3,465.00 | LED |
| | Back of the shop - light | 9 | pz | € 227.00 | € | 2,043.00 | |
| Bose System B | Speaker DS16S | 6 | pz | € - | € | 7,020.00 | |
| | FreeSpace 2F Bass | 4 | pz | € - | € | - | included |
| | Monacor Int. Audio cable stereo Mod. YZZR300 | 1 | pz | € - | € | - | included |
| | Volume Swich | 2 | pz | € - | € | - | included |
| | Amplifier – Bose PowerShare PS604 | 1 | pz | € - | € | - | included |
| APM | DISPLAY 123 | 2 | pz | apm | € | | |
| CCTV HIKVISION | Camera | 8 | pz | € - | € | 4,200.00 | |
| | HIKVision DS-7208HUHI-HK | 1 | pz | € - | € | - | included |
| | HDD-6TB 7gg-24/24-30days recording | 1 | pz | € - | € | - | included |
| Service Lights | Emergency and service | 1 | lumpsum | | € | 996.00 | |
| | Intruder alarm | 1 | lumpsum | | € | 4,000.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dimmer Lights | Zone | | 0 | zone | € | - | € | - | |
| | POS system | | | | | | € | - | by client |
| | Organize intenet connection | | | | | | € | - | by client |
| | It equipment | | | | | | € | - | by client |
| Special packaging for Usa | Packaging | | | | | | € | 10,000.00 | |
| | Telephone | | | | | | € | 500.00 | |
| **Total Furnuture** | | | | | | | € | 203,228.55 | |
| **Fit out demolition and electrical works** | | | | | | | | | |
| | Millwork Installation cost | | | | | | € | 21,500.00 | |
| | Demolition work and site setup | | | | | | € | 75,000.00 | |
| | Chase existing floor | | | | | | € | 5,500.00 | |
| | Hoarding erection and removals and garbage | | | | | | € | 12,000.00 | |
| | Hoarding graphics requested by LL (mall shops:palissade) | | | | | | € | 4,000.00 | |
| | Building work ceiling | | | | | | € | 8,900.00 | |
| | Wall and construction work | | | | | | € | 7,000.00 | |
| | Buiding floating foor | | | | | | € | 9,000.00 | |
| | Painting and decoration | | | | | | € | 13,000.00 | |
| | Project coordination | | | | | | € | 9,900.00 | |
| | Project management | | | | | | € | 14,000.00 | |
| | Pumbling & Drainage works | | | | | | € | 9,000.00 | |
| | Install flooring | | | | | | € | 11,400.00 | |
| | Electrical works | | | | | | € | 42,500.00 | |
| | Install ceiling lights and truck | | | | | | € | - | Included |
| | Run electric wiring in the floor | | | | | | € | - | Included |
| | Install floor lights | | | | | | € | - | Included |
| | Air conditioning | | | | | | € | 50,000.00 | Allowance |
| | ELV installation | | | | | | € | 990.00 | |
| | FS installation | | | | | | € | 14,000.00 | Allowance |
| | Engineer to certify the shop the shop front structure | | | | | | € | - | TBD |
| | Cleaning Façade | | | | | | € | 2,300.00 | |
| | Painting Façade | | | | | | € | - | TBD |
| **Total Fit out demolition and electrical works** | | | | | | | € | 309,990.00 | |
| | Building work, walls, doors & Hardware | | | | | | € | 24,000.00 | |
| | Structural works | | | | | | € | - | TBD |
| | Levelling | | | | | | € | 7,500.00 | |
| | **Façade** | | | | | | € | - | |
| | Shop front metal cladding | - | | | | | € | 16,500.00 | |
| | Shop front glazing | - | | | | | € | 5,800.00 | |
| | Metal frame glass door | - | | | | | € | 2,800.00 | |
| | APM Shop front logo F178-W | - | | | | | € | 593.00 | |
| | Outdoor Canopy (street shops) | - | | | | | € | - | no |
| | Roller shutter | - | | | | | € | - | no |
| | Fire hosereel door c/w blue metal cladding and hinge | | | | | | € | - | TBD |
| | Scaffolding, tower and tools | | | | | | € | 3,500.00 | |
| | Skips and rubbish removal | | | | | | € | 8,900.00 | |
| | Site cleaning | | | | | | € | 2,500.00 | |
| | parking fees | | | | | | € | 1,850.00 | |
| **Total Specific new shop** | | | | | | | € | 73,943.00 | |
| **Preliminary work** | | | | | | | | | |
| | Expideter | | | | | | € | - | TBD |
| | Government statutory fees | | | | | | € | 3,000.00 | |
| | Planning application & city fee | | | | | | € | - | TBD |
| | Union PM | | | | | | € | - | TBD |
| | Local architect to deal with Landlord and Council DOB-Drawings production | | | | | | € | - | TBD |
| | M&E Engineer | | | | | | € | - | TBD |
| | Structural Engineer | | | | | | € | - | TBD |
| | Survey and schematic design | | | | | | € | 2,900.00 | |
| | Provision of security guard for night works | | | | | | € | - | TBD |
| | Inspector DOB | | | | | | € | - | TBD |
| | Insurance | | | | | | € | 4,970.00 | |
| | Certificates (All) | | | | | | € | 12,000.00 | |
| **Total Preliminary work** | | | | | | | € | 22,870.00 | |
| **Delivery costs** | | | | | | | | | |
| | Air freight costs and dispatch | | | | | | € | 16,000.00 | |
| | Temporary storage furniture | | | | | | € | 4,200.00 | |
| | Flights, hotels end boarding | | | | | | € | 18,500.00 | |
| | Contingency | | | | | | € | 4,000.00 | |
| | Custom clearances | | | | | | € | - | TBD |
| **Total delivery costs** | | | | | | | € | 42,700.00 | |
| **Total Project** | | | | | | | € | 652,731.55 | |
| Discount 5% | | | | | | | € | 32,636.58 | |
| **Total final project** | | | | | | | € | 620,094.97 | |

Exhibit A
Page 89

# EXHIBIT 11

EXHIBIT 11



**Da:** Lucio Nevi <lucionevi@sequoiaeurope.com>
**Oggetto: Samples Box**
**Data:** 24 ottobre 2016 11:58:52 CEST
**A:** Andrea Sovilla <asovilla@apm.mc>

Ciao Andrea,

Per quanto riguarda i campioni, dovresti farli mandare ai nostri uffici ad Hong Kong.

L'indirizzo è il seguente:


     Superl Sequoia Limited

Kind attention: Paul Chan

     Room 612, Tower 1, Cheung Sha Wan Plaza

     833 Cheung Sha Wan Road

     Lai Chi Kok, Kowloon

     Hong Kong


     Come telefono tieni di riferimento quello di Terry

Terry Fan

Tel    : (852) 3104 3106

Grazie,

Lucio


Inviato da iPhone

Start of message forwarded:

From: Lucio Nevi <lucionevi@sequoiaeurope.com <mailto: lucionevi@sequoiaeurope.com>>

Object: Samples Box

Date: October 24, 2016 11:58:52 CEST

To: Andrea Sovilla <asovilla@apm.mc <mailto: asovilla@apm.mc>>

Hi Andrea,

As for the samples, you should have them sent to our offices in Hong Kong.

The address is the following:

Superl Sequoia Limited
To the attention of: Paul Chan
Room 612, Tower 1, Cheung Sha Wan Plaza
833 Cheung Sha Wan Road
Lai Chi Kok, Kowloon
Hong Kong

As a reference phone number, please use Terry's phone

Terry Fan
Phone (852) 3104 3106 Phone <(852)% 203104% 203106>
Thank you,
Lucio

Sent by iPhone

**Cal Interpreting & Translations, Inc.**
*The Key to Your Communication Success*
12304 Santa Monica Blvd. Suite 300
Los Angeles, CA 90025



Tel: (888) 737-9009
Fax: (800) 260-1618
info@calinterpreting.com
www.calinterpreting.com

Cal Interpreting & Translations, Inc.

## CERTIFICATE OF TRANSLATION

Cal Interpreting & Translations (CIT), a company specializing in the translation of document(s), certifies the following the document(s) referred to as:

Lucio Nevi Email

I affirm that the translation of the document(s) listed above has been prepared by a duly qualified translator, who has confirmed that such translation is, to the best of her knowledge and belief, true and accurate translation in English of the corresponding Italian document(s).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Notwithstanding the foregoing affirmations, no liability is assumed for errors and omissions in the translation of the attached document(s).

Executed on January 9, 2018 in Los Angeles, California.

Dawna Zika, Project Manager
Cal Interpreting & Translations, Inc.

# EXHIBIT 12

EXHIBIT 12



**Da:** Lucio Nevi <lucionevi@sequoiaeurope.com>
**Oggetto: APM - Cashwrap needs to clarify**
**Data:** 3 novembre 2016 11:43:16 CET
**A:** Andrea Sovilla <asovilla@apm.mc>

Ciao Andrea,

Mi scrivono questo circa la cassa, come devono procedere?
Cosa quotano?

Grazie

Lucio

Inviato da iPhone

(Inizio messaggio inoltrato)

       **Oggetto: APM - Cashwrap needs to clarify**

      NEED to clariy

      Dear Lucio

      I just want to make sure that we did not price in wrong direction.

      For the Cashwrap, the CAD drawings showed individual unit but the word file
      showed in two combinations.

Exhibit A
Page 96



Please advise whether we should price **(4) individual unit + (2) U shape Pyramid surrounding + logo** or just price **two whole cashier unit.**

Besides, we did not find the **finishing for Pyramid of Cashwrap. We assumed in paint. Please confirm.**



Thanks you.

Best Regards
Terry Fan
Superl Sequoia Ltd

2



3

Exhibit A
Page 98

Start of message forwarded:
From: Lucio Nevi <lucionevi@sequoiaeurope.com <mailto: lucionevi@sequoiaeurope.com>>
Subject: APM - Cashwrap needs to clarify
Date: November 3, 2016 11:43:16 CET
To: Andrea Sovilla <asovilla@apm.mc <mailto: asovilla@apm.mc>>

Hi Andrea,

They write this to me, about the box, how should they proceed?

How much do they quote?

Thank you

Lucio


Sent by iPhone
(Start message forwarded)

Subject: APM - Cashwrap needs to clarify
NEED



**Cal Interpreting & Translations, Inc.**
*The Key to Your Communication Success*
12304 Santa Monica Blvd. Suite 300
Los Angeles, CA 90025



Cal Interpreting & Translations, Inc.

Tel: (888) 737-9009
Fax: (800) 260-1618
info@calinterpreting.com
www.calinterpreting.com

## CERTIFICATE OF TRANSLATION

Cal Interpreting & Translations (CIT), a company specializing in the translation of document(s), certifies the following the document(s) referred to as:

Lucio Nevi Email

I affirm that the translation of the document(s) listed above has been prepared by a duly qualified translator, who has confirmed that such translation is, to the best of her knowledge and belief, true and accurate translation in English of the corresponding Italian document(s).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Notwithstanding the foregoing affirmations, no liability is assumed for errors and omissions in the translation of the attached document(s).

Executed on January 9, 2018 in Los Angeles, California.

Dawna Zilg, Project Manager
Cal **Interpreting** & Translations, Inc.

# EXHIBIT 13

EXHIBIT 13

# Lucio Nevi

Director at Sequoia Europe Ltd

---

## Summary

I am a Project Director with an international background, commercial acumen and architectural preparation. Always looking for a dynamic and varied function in which I will be able to use all my skills and experiences. At the moment I am working as Project Director for Superlsequoia Group, an American/Chinese partnership, working internationally with prestigious Companies/ Brands, managing the operations on site. In the last few years I have gained a lot of experiences working within refurbishment, fit-out, cladding and façade industries across all Europe.

Also I have successfully worked for leading companies such as Clements, Tecno-Lift, Pillar Interiors  and Tecnosia.

In 2008 I finished my job with Permasteelisa UK successfully, leading a project in Terminal 5 A&B, Heathrow International Airport.

Working for Permasteelisa and Laboratory Museotecnico Goppion, I have been involved in some very important museum projects in England, like the Islamic Gallery at the V&A Museum or the Meteorites Gallery at the Natural History Museum in London.

Really hard working, I am flexible about the working times as well as about the place of settlement.

Specialties: Interiors, fit out, refurbishment, fast track, airports, museums, hotels, schools, retail, cladding & partitions, international management.

---

## Experience

**Director**
May 2012  -  Present
  Sequoia Group

  Our wood factory is a modern, 350,000 sq ft facility built in 2007.  Our metal factory is a facility of 100,000 sq ft.  We employ about 450 workers in the factory.

Page 1

We have a subsidiary parent Company named Superl (Superl Sequoia) which owns 12 other factories making Handbags, Jewelry parts, Powder Coat mdf, Paper Transfer business.  Superl has 13,000 workers and annual turnover exceeds $200 million USD.

The Group maintains offices in North Carolina, Massachusetts, Hong Kong, Donguan (China), London and Milan.

Fit out, refurbishment & construction.
Retail, hotels, commercial and private.
Production of furniture & millworks.
Processing e production of manufactured steel and iron.
Processing acrylic, plastics and glass.

That's the list of some of major Clients of the Group:

·BARNEYS NY --MADISON AVE. WORLD FLAGSHIP STORE RENOVATION

·BARNEYS NY --LAS VEGAS FLAGSHIP -85,000 SQ FT

·BARNEYS NY -SCOTTSDALE FLAGSHIP - 75,000 SQ FT

·BARNEYS NY – CHICAGO FLAGSHIP – 80,000 SQ FT

·ABERCROMBIE & FITCH FLAGSHIP --PARIS Champs De Elysses

·ABERCROMBIE & FITCH FLAGSHIPS EUROPE—LONDON, MUNICH, MILAN, COPENHAGEN, BRUSSELS, HAMBURG, DUBLIN, DUSSELDORF

·ABERCROMBIE & FITCH FLAGSHIPS ASIA – TOKYO, HONG KONG

·JUICY COUTURE FLAGSHIP –BEIJING CHINA

·JUICY COUTURE – 50 STORES IN PAST 36 MONTHS- USA, MIDDLE EAST, CHINA

·COACH – 30 STORES IN PAST 24 MONTHS—USA, CHINA

·TORY BURCH – 15 STORES IN PAST 24 MONTHS - USA

**Project Director at Clements Retail Innovation**

April 2010  -  January 2012 (1 year 10 months)

   Construction, Retail , Interior Furnishings and Refurbishment.

   Turnkey Project

   2010 UK Retail Winner

**Senior Construction & Project Manager**

January 2010  -  February 2010 (2 months)

**Senior Project Manager**

August 2009  -  January 2010 (6 months)

**Senior Project Manager at Permasteelisa UK**

January 2007  -  March 2009 (2 years 3 months)

   Senior Project Manager -Brooks Brothers - Edinburgh

   Operation Leader - Terminal 5 - Heathrow

**Director**

January 2001  -  December 2006 (6 years)

   Islamic Gallery - Victoria & Albert Museum - London - Project Site Manager (Goppion Spa)

   Meteorite Gallery - Natural History Museum - London - Site Manager (Goppion Spa)

   Egyptian Gallery - Fitzwilliam Museum - Cambridge - Site Manager (Goppion Spa)

   Bisazza Showroom - Sloane Avenue - London - Project Director

   Cavendish Hotel - Eastbourne

   Bonnington Hotel - London

   Central Park Hotel - London

**General Manager**

January 1996  -  December 2000 (5 years)

   International Affairs

   International Trade & developement

   Research

# Lucio Nevi

Director at Sequoia Europe Ltd

---



Contact Lucio on LinkedIn

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| MORGAN E. PIETZ (SBN 250629)<br>GERARD FOX LAW, P.C.<br>1880 CENTURY PARK EAST, SUITE<br>1410 LOS ANGELES, CA 90067 | |

TELEPHONE NO: (310) 441-0500      FAX NO.: (310) 441-4447
ATTORNEY FOR *(Name):* APM.MC USA, INC.; APM.MC CANADA, INC.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS: 111 N Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: LASC Central District

CASE NAME: APM.MC USA, INC., ET AL. V. SEQUOIA EUROPE LTD., ET AL.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 1 1 2018

Sherri R. Carter, Executive Officer/Clerk
By: _____, Deputy
Moses Soto

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | BC 6 8 9 9 1 0<br><br>JUDGE:<br><br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[X] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify):* 12
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 11, 2018

Morgan E. Pietz
_____
(TYPE OR PRINT NAME)      ►      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CEB® Essential<br>ceb.com Forms | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|---|

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
　Asbestos Property Damage
　Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
　Medical Malpractice-Physicians & Surgeons
　Other Professional Health Care Malpractice
Other PI/PD/WD (23)
　Premises Liability (e.g., slip and fall)
　Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
　Intentional Infliction of Emotional Distress
　Negligent Infliction of Emotional Distress
　Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
　Legal Malpractice
　Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
　Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
　Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
　Negligent Breach of Contract/ Warranty
　Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
　Collection Case-Seller Plaintiff
　Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
　Auto Subrogation
　Other Coverage
Other Contract (37)
　Contractual Fraud
　Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
　Writ of Possession of Real Property
　Mortgage Foreclosure
　Quiet Title
　Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
　Writ-Administrative Mandamus
　Writ-Mandamus on Limited Court Case Matter
　Writ-Other Limited Court Case Review
Other Judicial Review (39)
　Review of Health Officer Order
　Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
　Abstract of Judgment (Out of County)
　Confession of Judgment *(non-domestic relations)*
　Sister State Judgment
　Administrative Agency Award *(not unpaid taxes)*
　Petition/Certification of Entry of Judgment on Unpaid Taxes
　Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
　Declaratory Relief Only
　Injunctive Relief Only *(non-harassment)*
　Mechanics Lien
　Other Commercial Complaint Case *(non-tort/non-complex)*
　Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
　Civil Harassment
　Workplace Violence
　Elder/Dependent Adult Abuse
　Election Contest
　Petition for Name Change
　Petition for Relief from Late Claim
　Other Civil Petition



Exhibit A
Page 107

| SHORT TITLE: APM.MC USA, INC., ET AL. V. SEQUOIA EUROPE LTD., ET AL. | CASE NUMBER BC 689910 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

Exhibit A
Page 108

| SHORT TITLE: APM.MC USA, INC., ET AL. V. SEQUOIA EUROPE LTD., ET AL. | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☒ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

| SHORT TITLE: APM.MC USA, INC., ET AL. V. SEQUOIA EUROPE LTD., ET AL. | CASE NUMBER |
|---|---|

| | **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: APM.MC USA, INC., ET AL. V. SEQUOIA EUROPE LTD., ET AL. | CASE NUMBER |
| --- | --- |

**Step 4:** **Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected.  Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: <br><br> ☐ 1. ☐ 2. ☒ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS: <br><br> **8500 Beverly Blvd.** |
| --- | --- |
| CITY: **Los Angeles** | STATE: **CA** | ZIP CODE: **90048** | |

**Step 5:** **Certification of Assignment:** I certify that this case is properly filed in the _____**Central**_____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: January 11,  2018



(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE - IC

Case Number _____ BC 6 8 9 9 1 0

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Debre K. Weintraub | 1 | 534 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Barbara A. Meiers | 12 | 636 | Hon. Deirdre Hill | 49 | 509 |
| Hon. Terry A. Green | 14 | 300 | Hon. Teresa A. Beaudet | 50 | 508 |
| Hon. Richard Fruin | 15 | 307 | Hon. Michael J. Raphael | 51 | 511 |
| Hon. Rita Miller | 16 | 306 | Hon. Susan Bryant-Deason | 52 | 510 |
| Hon. Richard E. Rico | 17 | 309 | Hon. Howard L. Halm | 53 | 513 |
| Hon. Stephanie Bowick | 19 | 311 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Dalila Corral Lyons | 20 | 310 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Robert L. Hess | 24 | 314 | Hon. Michael Johnson | 56 | 514 |
| Hon. Yvette M. Palazuelos | 28 | 318 | Hon. John P. Doyle | 58 | 516 |
| Hon. Barbara Scheper | 30 | 400 | Hon. Gregory Keosian | 61 | 732 |
| Hon. Samantha Jessner | 31 | 407 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Daniel S. Murphy | 32 | 406 | Hon. Mark Mooney | 68 | 617 |
| Hon. Michael P. Linfield | 34 | 408 | Hon. William F. Fahey | 69 | 621 |
| Hon. Gregory Alarcon | 36 | 410 | Hon. Monica Bachner | 71 | 729 |
| Hon. Marc Marmaro | 37 | 413 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Rafael Ongkeko | 73 | 733 |
| Hon. Elizabeth Feffer | 39 | 415 | Hon. Michelle Williams Court | 74 | 735 |
| Hon. David Sotelo | 40 | 414 | Hon. Gail Ruderman Feuer | 78 | 730 |
| Hon. Holly E. Kendig | 42 | 416 | | | |
| Hon. Mel Red Recana | 45 | 529 | | | |
| Hon. Frederick C. Shaller | 46 | 500 | | | |
| Hon. Randolph Hammock | 47 | 507 | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____

(Date)

SHERRI R. CARTER, Executive Officer/Clerk of Court

By _____, Deputy Clerk

LACIV 190 (Rev 12/17)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**